**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **J P S Completion Fluids, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA J P S Super Chokes** **DBA Fluids Distribution Center** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2959780** | |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10380 N. IH 37** **Mathis, TX 78368** Number, Street, City, State & ZIP Code | **P.O. Box 277** **Mathis, TX 78368** P.O. Box, Number, Street, City, State & ZIP Code |
| **San Patricio** County | **Location of principal assets, if different from principal place of business** **15 W. Kansas Ave.** **(Dimmitt County, Texas) Big Wells, TX 78830** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)          **www.jpscompletionfluids.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **J P S Completion Fluids, Inc.**                                    Case number (*if known*) _____
       Name

---

**7.  Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        **2131**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ■ No

    ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

| Debtor | **J P S Completion Fluids, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **J P S Completion Fluids, Inc.** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2016**
                MM / DD / YYYY

**X /s/ Sergio Garza**                                          **Sergio Garza**
Signature of authorized representative of debtor               Printed name

Title    **Vice President**

---

**18. Signature of attorney**

**X /s/ Nathaniel Peter Holzer**                        Date    **May 11, 2016**
Signature of attorney for debtor                                MM / DD / YYYY

**Nathaniel Peter Holzer**
Printed name

**Jordan, Hyden, Womble, Culbreth & Holzer, PC**
Firm name

**500 North Shoreline Blvd.**
**Suite 900**
**Corpus Christi, TX 78401**
Number, Street, City, State & ZIP Code

Contact phone    **361.884.5678**        Email address    **pholzer@jhwclaw.com**

**State Bar No. 00793971**
Bar number and State

Fill in this information to identify the case:

Debtor name **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beka, LLC P.O. Box 395 Charlotte, TX 78011 | Gary Kanack kanackg@icloud.com 361.877.0361 | Trade debt | | | | $93,312.00 |
| Cyclone Supply Company, Inc. P.O. Box 706 Dover, OH 44622 | Pheleshia Prince pheleshia@cyclone supply.com 330.365.1076 | Trade debt | | | | $237,711.74 |
| Dixie Iron Works 900 West Main Alice, TX 78332 | 36.664.6597 | Trade debt | | | | $39,542.48 |
| Empire Fluids Solutions P.O. Box 131562 Houston, TX 77219 | Matthew Smith matthew.smith@ke anmiller.com 225.389.3707 | Trade vendor | | | | $72,930.00 |
| Enterprise Fleet Management Trust Customer Billing P.O. Box 800089 Kansas City, MO 64180-0089 | Todd Rogers Todd.J.Rogers@efl eets.com 713.30.9136 | Trade debt | | | | $237,874.42 |
| Flat Iron Capital P.O. Box 712195 Denver, CO 80271-2195 | 800.800.2767 | Trade debt | | | | $102,556.50 |
| Greenwell Energy Solutions 2000 Edwards, B100 Houston, TX 77007 | Ron Wagnon rwagnon@greenwe llsolutions.com 281.236.2230 | Trade debt | | | | $156,176.00 |
| Houston Chemical P.O. Box 1183 Cypress, TX 77410 | Stuart Musslewhite Stu@houstonchem .com 832.594.0131 | Trade claim with invalid lien filing | Disputed | | | $100,770.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Houston Petro Chemicals, Inc.** P.O. Box 1385 Sugar Land, TX 77487-1385 | **Rajan Bhatia** rajan0894@yahoo.com 281.763.8135 | **Trade debt** | | | | $439,520.00 |
| **JC Fodale Energy Services LLC** P.O. Box 46093 Houston, TX 77210-6093 | **Scott Berlin** sberlin@jcfodale.com 318.230.4490 | **Trade debt** | | | | $43,215.00 |
| **Laverne Properties** 726 CR 372 Sandia, TX 78383 | **Edward Smith** canon1022@gtek.biz | **10312 IH 37 Access Road, Mathis, Texas (Fab Shop); Legal Description: TR 13 Matzenbaugh 1.00 Acres, San Patricio County, Texas.** | | $113,000.00 | $55,500.00 | $57,500.00 |
| **Magnablend Inc.** 326 N. Grand Avenue Waxahachie, TX 75165 | **Chris Oversby** chris.oversby@univar.com 281.949.9075 | **Trade debt** | | | | $193,895.51 |
| **Mathis Custom Automotive, LLC** 10644 N. Interstate Highway 37 Mathis, TX 78368 | **Christine Castro** MEVAL71@hotmail.com 361.683.7133 | **Unsecured loan for purchase of 10644 I-37 Mechanics Shop** | | | | $29,149.97 |
| **MOG Resources** P.O. Box 1846 Orange Grove, TX 78372 | **Gray P. Scoggins** 361.668.3536 | **Trade claim with invalid lien filing** | **Disputed** | | | $113,976.20 |
| **Nalco Company** P.O. Box 730005 Dallas, TX 75373-0005 | **Joyse West** jewest@nalco.com 630.305.1709 | **Trade debt** | | | | $106,138.54 |
| **Permian Equipment Rentals** P.O. Box 61730 Midland, TX 79711 | **Alexis Rice** arice@perental.com | **Trade debt** | | | | $107,836.18 |
| **TSI Flow Products** P.O. Box 38709 Houston, TX 77238 | **Mary Moreno** mmoreno@tsi-supply.com 361.882.0202 | **Trade debt** | | | | $128,332.84 |
| **United Rentals** P.O. Box 840514 Dallas, TX 75284-0514 | **Larry Fusaro** larry@makpc.com 888.519.2173 ext. 132 | **Trade debt** | | | | $82,107.31 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **J P S Completion Fluids, Inc.**               Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Univar USA Inc. P.O. Box 34325 Seattle, WA 98124** | **Chris Oversby** <br> **chris.oversby@univar.com** <br> **281.949.9075** | **Trade vendor** | | | | **$236,550.68** |
| **WEX Inc. (Wright Express) 97 Darling Ave. South Portland, ME 04106** | **888.774.4939** | **Trade debt (fuel card account)** | | | | **$64,792.90** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**May 11, 2016**__          X **/s/ Sergio Garza**
                                            Signature of individual signing on behalf of debtor

                                            **Sergio Garza**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re **J P S Completion Fluids, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 11, 2016**

**/s/ Sergio Garza**
**Sergio Garza**/**Vice President**
Signer/Title

4 Rivers Equipment
924 11th Street
Greeley, CO 80631


624 U-Store/Deluxe Properties
14242 Northwest Blvd.
Corpus Christi, TX 78410


7 Bridges Network
263 Gettysburg Rd.
San Antonio, TX 78228


Advance Auto Parts
AAP Financial Services
P.O. Box 742063
Atlanta, GA 30374-2063


Alamo Lumber Company
P.O. Box 17258
San Antonio, TX 78217


Alaniz and Perez Garage
711 St. Mary's Street
Beeville, TX 78102


Allen, Maxwell & Silver Inc.
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


Amigos Equipment Corp.
P.O. Box 4145
Corpus Christi, TX 78469

AT&T
P.O. Box 730624
Dallas, TX 75373


Barco Pump
1130 Burt Street
Shreveport, LA 71107


Becker Safety & Supply
P.O. Box 804
Windsor, CO 80550


Beka, LLC
P.O. Box 395
Charlotte, TX 78011


Bobby Ochoa Safety Services, LLC
P.O. Box 185
Sandia, TX 78383


Brad Davidson
Craig, Terrill, H ale & Grantham LLP
9816  Slide Road, Ste. 201
Lubbock, TX 79424


Caddo Parish Tax Collector
501 Texas St., Room 101
Shreveport, LA 71101


Calallen Drug Testing
13310 Leopard St., Suite 6

Corpus Christi, TX 78410


City of Big Wells
P.O. Box 68
Big Wells, TX 78830


City of Mathis
c/o San Patricio County Tax Assessor
P.O. Box 280
Sinton, TX 78387-0280


City of Shreveport-AV Tax
P.O. Box 30040
Shreveport, LA 71130


Coastal Tool & Supply
4930 IH 37
Corpus Christi, TX 78407


Colonial Life
P.O. Box 903
Columbia, SC 29202-0903


Cyclone Supply Company, Inc.
P.O. Box 706
Dover, OH 44622


Dallas Cowboy Football Club
One Cowboys Parkway
Irving, TX 75063

Delta Tire and Wheel
2424 South Padre Island Drive
Corpus Christi, TX 78415

Deluxe Properties
14242 Northwest Blvd.
Corpus Christi, TX 78410

Dimmit County Tax Office
P.O. Box 425
Carrizo Springs, TX 78834

DISA, Inc.
Dept. 890314
P.O. Box 120314
Dallas, TX 75312-0314

Dixie Iron Works
900 West Main
Alice, TX 78332

El Centro Landfill
BFI Central Texas Landfills
P.O. Box 90431
Chicago, IL 60696-0431

Empire Fluids Solutions
P.O. Box 131562
Houston, TX 77219

Enterpise Rent-A-Car
1505 Harry Wurzbach
San Antonio, TX 78209-6001

Enterprise Fleet Management Trust
Customer Billing
P.O. Box 800089
Kansas City, MO 64180-0089


ESC Consultants, Inc.
P.O. Box 691447
San Antonio, TX 78268


Fed Ex
P.O. Box 94515
Department 4634
Palatine, IL 60094-4515


Flat Iron Capital
P.O. Box 712195
Denver, CO 80271-2195


Folsom Volunteer Fire Department
28372 Shortline Hwy.
Folsom, WV 26348-6005


Foxco Supply Fire & Safety, Ltd.
P.O. Box 429
Alice, TX 78333


G5S Energy Services, LLC
857 CR 354
Orange Grove, TX 78372


Gambler Specialites
P.O. Box 1030

Portland, TX 78374


Goss Supply Co.
P.O. Box 2580
Zanesville, OH 43702-2580


Gray P. Scoggins
71 N. Wright St.
Alice, TX 78332


Greenwell Energy Solutions
2000 Edwards, B100
Houston, TX 77007


H&V Equipment Services
4402 Hwy. 77
Corpus Christi, TX 78410


Hillside Farms, LLC
18787 Cadiz Road
Lore City, OH 43755


Houston Chemical
P.O. Box 1183
Cypress, TX 77410


Houston Petro Chemicals, Inc.
P.O. Box 1385
Sugar Land, TX 77487-1385

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


J.J. Keller & Associates Inc.
P.O. Box 548
Neenah, WI 54957-0548


Jacky B. Franklin
10575 Katy Freeway, Suite 405
Houston, TX 77024-1030


JC Fodale Energy Services LLC
P.O. Box 46093
Houston, TX 77210-6093


Kean Miller, LLP
Attn: Eric Lockridge & Matthew Smith
P.O. Box 3513
Baton Rouge, LA 70821-3513


Kevin Riley
74 Lincoln Rd.
Norwich, OH 43767


Larry Fusaro
Law Offices of Mark A. Kirkorsky
1119 W. Southern Ave., 2nd Floor
Mesa, AZ 85210


Laverne Properties
726 CR 372
Sandia, TX 78383

Magnablend Inc.
326 N. Grand Avenue
Waxahachie, TX 75165


Martinez Tire Service
815 N. Front St.
Mathis, TX 78368


Mathis Custom Automotive, LLC
10644 N. Interstate Highway 37
Mathis, TX 78368


Mathis ISD
P.O. Box 1179
Mathis, TX 78368


McCarty Equipment Co., Ltd.
Dept. 207
P.O. Box 4346
Houston, TX 77210-4346


MIC Transporting, LLC
505 Mesquite St.
Refugio, TX 78377


Midland Central Appraisal District
P.O. Box 908002
Midland, TX 79708-0002


Midwest Hose & Specialty, Inc.
P.O. Box 96558

Oklahoma City, OK 73143


MOG Resources
P.O. Box 1846
Orange Grove, TX 78372


Mountain Supply & Service, LLC
P.O. Box 3111
Longview, TX 75606


Nalco Company
P.O. Box 730005
Dallas, TX 75373-0005


National Oilwell Varco
Wells Fargo Bank
P.O. Box 201224
Dallas, TX 75320-1224


O'Reilly Auto Parts
P.O. Box 9464
Springfield, MO 65801-9464


Oilfield-Industrial Supply of LA, Inc.
P.O. Box 7867
Shreveport, LA 71137-7867


Oilfieldlodging.com, LLC
907 RR 620 South
Suite 102
Austin, TX 78734-5627

Parks Coffee
P.O. Box 110209
Carrollton, TX 75011-0209


Pedro Gonzales, Jr.
P.O Box 994
Mathis, TX 78368


Permian Equipment Rentals
P.O. Box 61730
Midland, TX 79711


Peter E. Avots
Wood Boykin & Wolter
615 N. Upper Broadway, Suite 1100
Corpus Christi, TX 78401


Porter, Rogers, Dahlman & Gordon
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401


Praxair Distribution Inc.
P.O. Box 120812 Dept 0812
Dallas, TX 75313-0812


R H Administrators, Inc.
5502 58th Street, Suite 700
Lubbock, TX 79414


Rain for Rent Greeley
FILE 52541
Los Angeles, CA 90074-9007

Rain for Rent West Virginia
FILE 52541
Los Angeles, CA 90074-2541


Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316


Reliant Energy
P.O. Box 4932
Houston, TX 77210-4932


Roberts Auto Parts
700 S. St. Mary's Street
Beeville, TX 78102


San Patricio County Tax Assessor
P.O. Box 280
Sinton, TX 78387-0280


San Patricio Electric
P.O. Box 400
Sinton, TX 78387


Sergio Garza
857 County Road 354
Orange Grove, TX 78372


Solution Integrated Chemicals LLC
5398 County Road 4

Bishop, TX 78343-3309


Southeastern Equipment Co., Inc.
P.O. Box 536
Cambridge, OH 43725


Southwest Wheel
343 Gembler Rd.
San Antonio, TX 78219


Texas Champion Bank
P.O. Box 270550
Corpus Christi, TX 78427


Texas Comptroller of Public Accounts
Revenue Accounting/Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Texas Workforce Commission
Bankruptcy Unit, Room 556
101 E. 15th Street
Austin, TX 78778-0001


The Grease Rack
P.O. Box 4082
Alice, TX 78332


The Osprey's Dream, LLC
229 McSkimming Road
Aspen, CO 81611

Titan Chemical Corporation
P.O. Box 14569
Houston, TX 77221


Titan Energy Services, LLC
1314 North 7th Ave.
Greeley, CO 80631


TSI Flow Products
P.O. Box 38709
Houston, TX 77238


TxTag
12719 Burnet Rd.
Austin, TX 78727


TXU Energy
P.O. Box 650638
Dallas, TX 75265


U.S. Department of Labor-Wage & Hour Div
McAllen District Office
1101 E. Hackberry Drive, Ste. 400
McAllen, TX 78501


United Rentals
P.O. Box 840514
Dallas, TX 75284-0514


Univar USA Inc.
P.O. Box 34325
Seattle, WA 98124

Unum Life Insurance Company of America
P.O. Box 409548
Atlanta, GA 30384-9548


Waste Management of Northern Colorado
P.O. Box 43350
Phoenix, AZ 85080


WB Supply Company
P.O. Box 972856
Dallas, TX 75397-2856


WEX Inc. (Wright Express)
97 Darling Ave.
South Portland, ME 04106