**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **J P S Completion Fluids, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-51110-cag** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on | **May 25, 2016** |

*X* **/s/ Sergio Garza**
Signature of individual signing on behalf of debtor

**Sergio Garza**
Printed name

**Vice President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **16-51110-cag**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*............................................................................   $    **1,133,350.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................   $    **2,453,584.68**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................   $    **3,586,934.68**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $    **720,479.78**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................   $    **627,982.32**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............   +$    **3,143,131.03**

4.   Total liabilities ........................................................................................
     Lines 2 + 3a + 3b      $    **4,491,593.13**

**Fill in this information to identify the case:**

Debtor name **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **16-51110-cag**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Texas Champion Bank** | **Checking account** | 0117 | $285.53 |
| 3.2. | **Texas Champion Bank** | **Savings** | 8088 | $100.00 |
| 3.3. | **Texas Champion Bank** | **Checking for Fluids Distribution Center** | 0125 | $39.15 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $424.68

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

7.1. **Security deposit on rental property in Ohio at 64752 McFarlin Road, Cambridge OH; Holder: Kevin Riley.**    $1,250.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(If known)* **16-51110-cag** |
|---|---|---|
| | Name | |

7.2. **Security deposit on rental property at 70081 Batesville Rd., Quaker City, OH; Holder: Hillside Farms, LLC**                    **$4,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                **$5,250.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:                  **26,932.40**   -   **8,932.40**   = ....          **$18,000.00**
                                            face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              **$18,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Chemicals necessary for operations** | | **$497,910.00** | | **$497,910.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                             **$497,910.00**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(If known)* **16-51110-cag** |
|---|---|---|
| | Name | |

■**No**
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ **No**
☐ Yes

<table>
<tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☐ **No.  Go to Part 7.**
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☐ **Yes Fill in the information below.**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Various office equipment and supplies** | **$5,000.00** | | **$5,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **General Office Computers and Appliances** | **$0.00** | | **$5,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$10,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ **Yes**

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ **No**
☐ Yes

<table>
<tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
☐ **Yes Fill in the information below.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **J P S Completion Fluids, Inc.**                                    Case number *(if known)*  **16-51110-cag**
Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **See attached Exhibit B for detailed descriptions of trucks ($100,000.00) and trailers in Big Wells ($78,000.00)** | **$178,000.00** | N/A | **$178,000.00** |
| 47.2. | **Bulldozer on ranch of Pedro Gonzales** | **Unknown** | | **Unknown** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See attached Exhibit B for detailed descriptions** **Colorado equipment ($292,500)** **All other equipment ($1,000,000)** **Ohio stolen equipment ($400,000)** **Mathis stolen equipment ($50,000)** | **$1,742,500.00** | N/A | **$1,742,500.00** |

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | **$1,920,500.00** |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(If known)* **16-51110-cag** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **10312 IH 37 Access Road, Mathis, Texas (Fab Shop); Legal Description: TR 13 Matzenbaugh 1.00 Acres, San Patricio County, Texas.** | Fee simple | $200,000.00 | Est market value | $200,000.00 |
| 55.2. | **Claim to equitable title to 10644 IH 37 Access Road, Mathis, Texas (Mechanic Shop) ; Legal Description: PT TR 10 & 11 Matzenbaugh Subd; 1 acre, San Patricio County, Texas  Legal title in name of Sergio Roel Garza and Sonya S. Garza, husband and wife; and Pedro M. Gonzales, Jr. and Belen Gonzales, husband and wife.** | Fee simple | $150,000.00 | Est market value | $150,000.00 |
| 55.3. | **15 West Kansas Ave, Big Wells, Texas; Legal Description: Big Wells-Orig Town, Block 4, Lots 19, 20, 21-24, Dimmit County, Texas 78830** | Fee simple | $199,000.00 | Est market value | $199,000.00 |
| 55.4. | **12 S. Franklin St., Big Wells, Texas; Legal Description: Big Wells-Orig Town, Block 4, Lots 17 & 18, Dimmit County, Texas** | Fee simple | $26,350.00 | Est market value | $26,350.00 |
| 55.5. | **1904 Cotton Flat Rd., Midland, Texas; Legal Description: Blk: 011, Lots 1 & 2 Less S.456, Addn: Snively Block, Sec 13 Acres: 2.024, Midland County, Texas** | Fee simple | $158,000.00 | Est market value | $158,000.00 |

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(if known)* **16-51110-cag** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **Claim to equitable title to 3215 Bert Kouns Industrial Loop, Shreveport, Louisiana (5 acres); Legal Description: Lot 18 Dean Terrace, Shreveport, Caddo Parish, Louisiana** | **Equitable interest** | **$350,000.00** | Est market value | **$350,000.00** |
| 55.7. | **Claim to equitable title to 301 E. San Patricio, Mathis, Texas; legal title in name of Sergio Roel Garza and Sonya S. Garza, husband and wife; and Pedro M. Gonzales, Jr. and Belen Gonzales, husband and wife** | **Equitable interest** | **$50,000.00** | Est market value | **$50,000.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$1,133,350.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Designed equipment** | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(If known)* **16-51110-cag** |
|---|---|---|
| | Name | |

**66.**     **Total of Part 10.**

| | |
|---|---|
| | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

**69.**     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**     **Notes receivable**
    Description (include name of obligor)

**72.**     **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claim to recover stolen property in Ohio** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$400,000.00** | |

| **Claim to recover stolen property in Mathis** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$50,000.00** | |

| **Claim against Enterprise Chemical for recovery of fraudulently obtained property** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$15,000.00** | |

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 7 |
|---|---|---|

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(If known)* **16-51110-cag** |
|---|---|---|
| | Name | |

| | |
|---|---|
| **Company Promotional and Field attire** | **$1,500.00** |
| **Dallas Cowboys Season Tickets/Seats** | **Unknown** |

| 78. | **Total of Part 11.** | **$1,500.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **J P S Completion Fluids, Inc.** | | Case number *(If known)* **16-51110-cag** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $424.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $497,910.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,920,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $1,133,350.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,453,584.68 | + 91b. $1,133,350.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,586,934.68 |

**EXHIBIT B**

| Vehicle Number | Year | Make | Model | Vehicle ID No. (VIN) | License Plate # | Previous Plate | Assigned to | Department | Registration Expires |
|---|---|---|---|---|---|---|---|---|---|
| 0037 | 2011 | Chevy | Silverado | 1GC1KXC81BF123976 | BY90276 | | Micheal P | **Colorado** | |
| 0043 | 2010 | Chevy | C1500 | 3GCRCSEA8AG133114 | BB79522 | | Javi Gil | **FDC** | 10/16 |
| 0062 | 2003 | Ford | SuperDuty | 1FDSF30L83ED31799 | BWG3072 | | Gilbert | **Shop** | |

| Vehicle Number | Year | Make | Model | Vehicle ID No. (VIN) | License Plate # | Previous Plate |
|---|---|---|---|---|---|---|
| MXP01 | 2009 | GOOS | GOOS | TR200864 | 13658Z | 59ZJNV |
| MXP02 | 2005 | TXBR | TXBR | 17XFG402051053120 | W66492 | 62330B |
| MXP03 | 2009 | TXBR | TXBR | 17XFG402291090482 | W66485 | 11317B |
| MXP04 | 1996 | NATI | NATI | 1N9FG402XTK008355 | W66484 | 62329B |
| MXP05 | 2010 | LEGE | | 5D3BG3521AE103819 | W66487 | 35840E |
| MXP06 | 2010 | LEGE | | 5D3BG3525AE103841 | W66493 | 81729E |
| MXP07 | 2010 | LEGE | | 5D3BG3520AE103844 | W66494 | 55124F |
| MXP08 | 2010 | LEGE | | 5D3BG3526AE103850 | W66486 | 553101F |
| MXP09 | 2011 | LEGE | | 5D3BG3521BE103904 | W66488 | 82705G |
| MXP10 | 2011 | LEGE | | 5D3BG352XBE103903 | W66489 | 82704G |
| MXP11 | 2011 | LEGE | | 5D3BG3529BE103925 | W66490 | 68930H |
| MXP12 | 2012 | LEGE | | 5D3BG3521CE104066 | W66491 | 45614K |
| MXP13 | 2012 | LEGE | | 5D3BG3528CE104095 | 13666Z | 45662K |
| MXP14 | 2013 | LEGE | | 5D3BG3527DE104347 | 13677Z | 033913H |
| MXP15 | 2014 | TEXA | FT8 | 1B9K2RGT1EB624481 | 13688Z | |
| MXP16 | 2014 | TEXA | FT8 | 1B9K2RGT3EB624482 | 13687Z | |
| MXP17 | 2014 | LEGE | | 5D3BG3521EE104572 | 13690Z | |
| MXP18 | 2014 | LEGE | | 5D3BG352XEE104571 | 13689Z | |

| Vehicle Number | Year | Make | Model | Vehicle ID No. (VIN) | License Plate # | Previous Plate | Assigned to |
|---|---|---|---|---|---|---|---|
| SC01 Command Center | 2011 | WELL | SCTRLR | 1WC200G26B2020404 | 87675E | | S.TX |
| SC02 Command Center | 2011 | CC | SCTRLR | 5NHUCC623BY014074 | 250067H | 07464J | S.TX |
| SC03 Command Center | 2011 | CC | SCTRLR | 5NHUCC625BY014075 | 20247K | 07465J | S.TX |
| SC04 Monorail | 2011 | C&M | GOOS | 5VNGU2027BT095104 | 01234L | 63P8242 | Ohio |
| SC05 Monorail | 2011 | SHOP | 16 Footer | TR203554 | 379034H | 42112F | Ohio |
| SC06 | 2011 | SHOP | 3 AXLE Gooseneck | TR203556 | 42113F | | Ohio |
| SC07 | 2013 | SHOP | Utility | TR208563 | 97107M | | S.TX |
| SC08 Command Center | 2014 | WELL | | 575200H25E2033358 | 390471H | | Ohio |
| SC09 Command Center | 2014 | WELL | | 575200H20ET259382 | 334736H | | S.TX |
| SC10 Pressure Washer Trailer | 2014 | | Utility | 4P5P82026E1208508 PW 11070900-101600 | 711740H | 679268H | S.TX |
| SC11 Pressure Washer Trailer | 2014 | | Utility | 4P5P82022E1215651 PW 11070900-101593 | 679267H | | S.TX |
| SC12 Pressure Washer Trailer | 2014 | | | 4P5P824XF1220138 | 711633H | 769869H | |
| SC13 Service Trailer | 2014 | C&M | 2 Axle Gooseneck | 5VNGU2027ET131796 | 711744H | 766589H | Ohio |
| SC14 | 2014 | C&M | 2 Axle Gooseneck | 5VNGU202XET130755 | 766590H | | |

| Vehicle Number | Year | Make | Model | Vehicle ID No. (VIN) | License Plate # | Previous Plate | Comments |
|---|---|---|---|---|---|---|---|
| BBQ01 | 2011 | SHOP | | TR204399 | 42160F | | |
| BBQ2 | 2013 | Shop | BBQTR | TR207093 | 20223K | | |
| BBQ20 | 2011 | SHOP | BBQTR | TR203555 | 42111F | | |
| CF01 Chemical Trailer | 1977 | STAF | | 16345 | 20437D | | |
| CF03 Chemical Trailer | 2010 | C&M | | 5VNBU2023AT086215-Bumperpull | 42124F | | |
| CF04 Chemical Trailer | 2010 | C&M | | 5VNBU2024AT072114 | 97855H | 52011H | |
| CF05 Chemical Trailer | 2010 | C&M | | 5VNBU1826BT088007 | 97071M | 20396D /52010H/ 20153K | |
| CF06 Chemical Trailer | 2013 | C&M | Gooseneck | 5VNGN2529DT107391 | 84023P | | |
| CF07 Chemical Trailer | 2003 | LGND | 35 FT GN | 5D3BG32243E101599 | 42110F | | |
| CF08 Chemical Trailer | 2001 | LONG | | 1L9GS30241E210837 | 73ZTYJ | | |
| CF09 Chemical Trailer | 2005 | HFTY | | 5NKGU40245P001542 | 20403D | | |
| CF10 Chemical Trailer | 2008 | Elite | Flat-Gooseneck | 1E9BF40228S230297 | 13667Z | | |
| CF11 Chemical Trailer | 2011 | ROAD | TRLR | 46UFU2027B1131782 | 97854H | 42162F 42100F | |
| CF12 Chemical Trailer | 2012 | C&M | | 5VNGU2026CT106451 | 97195M | 83610P/ 97074M | |
| CF13 | 2009 | P&J | duck bill | 4P5LY362191129748 | 711681H | 20240K 20210K | |
| CF14 | 2012 | C&M | | 5VNBU2020CT101501 | 0222IN | | |
| CF15 | 2009 | SHTR | | 140CB162591093986--Cargo Trailer | 97064M | 88708E | white enclosed trailer, mistaken for the trash trailer 1 |
| CF16 | 2013 | SHOP | | TR209605 | 97190M | | |
| CF17 | 2000 | NATI | NAT | 4XX511620Y1003752 | 97124M | | |
| CF18 Chemical Trailer | 2012 | H&H | 16 Footer | 533TC1625CC215876 | 97217M | | |
| CF19 Chemical Trailer | 2012 | H&H | 16 Footer | 533TC1627CC215877 | 97218M | | |
| CF20 Filter Pod | 2013 | C&M | 6x12 Utility | 5VNBU122XDT107816 | 908904H | 026124H--57L8422 | |
| CF21 Filter Pod | 2005 | CAND | | 1CAPT162X5T024710 | 97075M | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CF22** Filter Pod | 2013 | SHOP | Utility | TR208562 | 97106M | | |
| **CF24** Chemical Trailer | 2013 | Lege | Gooseneck | 5D3BG3527DE104364 | 073396H | P4439X | |
| **CF25** Filter Pod | 2014 | C&M | 7x16 | 5VNBU1629ET127812 | 711630H | 73F3674 | |
| **CF26** Chemical Trailer | 2014 | C&M | | 5VNBU2026ET12979-- Bumper pull | 647560H | | |
| **CF40** Filter Pod | 2009 | CAND | | 5VNBU12209T081542 | 97801H | DJNP42 | |
| **CF41** Filter Pod | 2010 | C&M | | 5VNBU1228AT087612 | 97070M | 42165F/ 52009H | |
| **CF42** | 2005 | CM | | 1CAPT16225T024180 | 97159M | DBZP55/4 2187F | |
| **CF43** Filter Pod | 2009 | CAND | CAND | 5VNBU1220AT081593 | 97081M | 97877H / DKNY23 | |
| **CF44** Filter Pod | 2012 | SHTR | | TR206951 | 20193K | | |
| **CF45** Chemical Trailer | 2014 | | | 5VNGN2524ET125024 | 478292H | | |
| **CM38** Chemical Trailer | 2013 | C&M | Utility | 1UYFS2485DA655711 | 020C056 | 74V8295 | |
| **CM39** Chemical Trailer | 2013 | C&M | Utility | 1UYFS2487DA655712 | 020C054 | 87T6848 | |
| **DH01** | 2013 | C&M | 7x16 | 5VNBU1624DT108115 | 026123H | 97R5047 | |
| **DH02** | 2013 | C&M | Bumper Pull 8x20 | 5VNBU202XDT107811 | 908947H | 026125H | |
| **FF01** Fish Fry | 2011 | C&M | | 5VNBU1826BT089867 | 73701H | | |
| **TT2** | 2012 | SHTR | | TR207007 | 20194K | | |
| **TT3** | 2013 | Shop | | TR207297 | 97091M | | |
| **TT4** | 2013 | Shop | | TR207302 | 97095M | | |

| Vehicle Number | Year | Make | Model | Vehicle ID No. (VIN) | License Plate # | Previous Plate |
|---|---|---|---|---|---|---|
| Back Office | 1994 | Indicom | Asset Number 66116 & 66117 | TX94B243 & TX94B244 | | |
| Front Office | 1995 | Indicom | | TX95B015 & TX95B014 | | |
| Mobile Home | 2006 | Schultz | 57 FEMA14603AH06 | ROC719415NC | | |
| Mobile Home | 2006 | CAVALIER | 07E1009FEMAADA | ACBC06AL0136972 | | |
| Mobile Home | 2014 | Champion Home | 125-X1676MCV | 125-000-H-A0026585 | | |
| Mobile Home | 2014 | Champion Home | 16OFHOF1676 | 125000HA003065A | | |
| RV01 | | Puma | | 4X4TPUG29AP027496 | 5NY887 | |
| RV02 | | PILG | | 5L4TP382153009093 | 5SB929 | |
| RV03 | | SIER | | 4X4FSEH236J029951 | 5MM407 | |

| Status | Unit Number | Year | Make | Type | Model | Vehicle ID No. (VIN)/Serial Number | Assigned to | FMV | OLV |
|---|---|---|---|---|---|---|---|---|---|
| SOLD | | 1998 | Caterpillar AAG416C | BackHoe | 416C | 5YN04001--1431736 | | | |
| | | 1997 | Komatsu | Bulldozer | D65PX | KMD65PX-1261982  KMU 970740 | | $ 42,000.00 | $ 37,500.00 |
| | | | Case | Bulldozer | 650 Dozer | CAL002629 | | $ 41,000.00 | $ 38,000.00 |
| Missing | | 2004 | Airman | Compressor | PDS100S | 424702 | | $ 6,100.00 | $ 5,800.00 |
| Not working | | 2008 | Atlascopco | Compressor | XAS375 T3 | 4500B13118R070107 SN37589 | | $ 11,000.00 | $ 9,100.00 |
| Stolen | | | Ingerson Rand | Compressor | 2475 | 1128927--mounted on 62 | disappeard from shop | | |
| LA | | 2010 | Powermate | Compressor | VLP1582619.01 | 7089 | Louisiana | | |
| Office | | | Godwin | DRI-Prime Pump | M-100-4 Transfer Pump | 116-948 | | $ 3,000.00 | $ 2,100.00 |
| Office | | | Godwin | DRI-Prime Pump | M-100-4 Transfer Pump | 116-948 | | $ 3,000.00 | $ 2,100.00 |
| SOLD | | 2009 | Case Mini Excavator | Excavator | CX17B | N8TN16193 | | | |
| SOLD | | 2002 | Case | Forklift | 586G | JJG0290295 | Shop | | |
| FDC | | | Crown | Forklift | 30WBTL | 6A246741 | FDC warehouse | $ 6,000.00 | $ 5,000.00 |
| FDC | | 2006 | John Deere Bobcat | Forklift | Skidsteer--2.4L 4024TT002 | T00320A127753 | | $ 18,000.00 | $ 16,000.00 |
| Shop | | | Linde | Forklift | H35D-03 CP81080-4359555G | H2X351K0553835 | Shop | $ 8,500.00 | |
| LA | | | Moffett | Forklift | M5000 | 9704 | Louisiana | $ 1,100.00 | $ 1,000.00 |
| Shop | | 1999 | Skytrak | Forklift | 80422 Cummins B3.9C | 10761    P8999T5440 | Chokes--bought Dec.2013 | $ 29,500.00 | $ 24,000.00 |
| Shop | G-01 | | KUBOTA | Generator | GL11000--TM | 756667 | Chokes-bought Dec. 2012 | $ 9,200.00 | $ 5,000.00 |
| Shop | G-02 | | KUBOTA | Generator | GL11000--TM | 756910 | Chokes-bought March 2013 | $ 9,200.00 | $ 5,000.00 |
| Shop | G-03 | | KUBOTA | Generator | GL11000--TM | 756929 | Chokes-bought April 2013 | $ 9,200.00 | $ 5,000.00 |
| Shop | G-04 | | KUBOTA | Generator | GL11000--TM | 757104 | Chokes--bought Dec.2013 | $ 9,545.00 | $ 5,000.00 |
| On SC07 | G-05 | | KUBOTA | Generator | GL11000--TM | 757105 | Chokes--bought Dec.2013 | $ 9,200.00 | $ 5,000.00 |
| On SC13 | G-06 | | KUBOTA | Generator | SQ33 | 350300 | Bought for Ohio--10/3/14 | $ 18,500.00 | |
| LA | | | John Deere | Lawn Mower | 4077 | Code 071025YG | | | |
| S.Tx | | | John Deere | Lawn Mower | | Code FS651V-DS05-R | | | |
| Mech. Shop | | | (2) Rolling Jacks | Lift | 7,000lb lift | | $895.00 each | $ 1,790.00 | $ 400.00 |
| Mech. Shop | | | 4 Post Prolift | Lift | 14,000lb Part # 05-742210 | | Mechanic Shop | $ 4,075.00 | $ 2,200.00 |
| | | | | Magdrill | | | | | |
| | | | Suitcase Extreme | Mig Welder | | MB320348A | | | |
| | | | Thermal Dynamics Cutter | Plasma Cutter | | IEC60974-1 | | | |
| On SC10 | | | Balder Reliance | Pressure Washer | | F1404302526 | | | |
| On SC11 | | | Balder Reliance | Pressure Washer | | F1404302456 | | | |
| LA | | | Excell 2000 | Pressure Washer | | 2651121550  03-27-06 | | | |
| Ohio | | | Honda | Pressure Washer | PE-4013HWPSGEN | PE-GCBCT-1908945 | Chokes bought 9/30/15 | $ 1,596.95 | |
| LA | | | Honda | Pressure Washer | GX390 | CJRS16 | | | |
| Missing | PW-01 | | Landa | Pressure Washer | ZEF2-14024D | ON SC10--11070900-101600 | mounted on trailer | $ 1,565.00 | |
| Missing | PW-02 | | Landa | Pressure Washer | ZEF2-14024D | ON SC11--11070900-101593 | mounted on trailer | $ 1,565.00 | |
| On SC13 | PW-03 | | Landa | Pressure Washer | ZEF2-14024D | ON SC13--11070900-101595 | Ohio | $ 1,565.00 | |
| Missing | | | GRA55746 | Spray Gun | Ultramax II 695 Hi Boy Standard Airless Spray Gun | BA1774 | | $ 1,850.00 | $ 1,600.00 |
| Mech. Shop | | | | Tire Balancer/Changer | Balancer-- SN 910091160 Tire Changer-- 810092612 | | Mechanic Shop | $ 1,200.00 | $ 900.00 |
| Stolen | | 2006 | Lincoln | Towable Welder | Vantage300 Ampgas/dsl | U1060214679 | Gilbert reported stolen on 2/27 from Midland | $ 3,800.00 | $ 3,000.00 |
| LA | | | Hobart | Welder | Champion | LH240794H | | $ 2,900.00 | $ 2,400.00 |
| Missing | | 2006 | Lincoln Ranger 225 | Welder | Kohler CH23S 674CC | U1100505108 | mounted on trailer | $ 4,000.00 | $ 3,200.00 |
| | | | Miller | Welder | 302 | | portable | $ 2,800.00 | $ 2,100.00 |
| Mech. Shop | | | Miller | Welder | 250 AC/DC | 4012604141    KD512946 | shop | $ 2,700.00 | $ 2,000.00 |
| | | | Miller | Welder | 250 AC/DC | | shop | $ 2,700.00 | $ 2,000.00 |

| Company Purchased From | Invoice | New Or Refurbished | Equipment Description | Purchase Value | Assigned to | Column1 | Column2 |
|---|---|---|---|---|---|---|---|
| Logan Oil Tools | 215216 | NEW | **QTY: 1** 3 7/8" OD 150 Slim Hole Overshot Assembly, Dressed with Spiral Grapple and Type "A" Pakcer to catch and packoff 3 /18" OD, furnished with  2 3/8 Regular Box Top Connection and with  3 7/8 OD Standard Cutlipped Guide<br>**QTY: 1**  3 1/8" Spiral Grapple f/ Series "150" Overshot | $   2,425.07 | | | |
| NOV | 1873136 RI | NEW | **QTY: 4** - 2' Slim Line Slip Dimple  x 2 3/8" OD 8 Screws<br>**QTY: 10** - 2" Slim Line Slip Dimple Connectors<br>**QTY: 2** - 2 3/8" FS Slip Dimple<br>**QTY: 5** - Twin Flapper Check Valve 2.875" OD<br>**QTY: 6** - 2 7/8" Motor Assembly<br>**QTY: 6** - 2 7/8  5/6 4.7 Rotor<br>**QTY: 6** - 2 7/8 5/6 4.7 Stator | $  168,766.08 | | | |
| Venturi Oil Tools, LLC | 3480 | NEW | **QTY: 6** - 2.875" OD TJ Hydraulic Disconnect w 2 3/8" PAC Connections 3/4" Ball to release and 5/8 " Ball will Drift<br>***PART NUMBERS: 0700-288A-01, 0700-288A-02, 07002881-03 & 0700-288A-04*** | $   28,253.25 | | | |
| NOV | 1936849 RI | | **QTY: 12** - Field Service Kits for Twin Flapper Check Valve | $   1,236.65 | | | |
| NOV | 1958930 RI | | **QTY: 6** - 2 7/8 Bearing Pack<br>**QTY: 6** - 2 7/8  5/6 4.7 Stator<br>**QTY: 6** - 2 7/8 5/6 4.7 Rotor | $  142,058.64 | | | |
| NOV | 1958932 RI | | <span style="color:red">**QTY: 3** - On Bottom Roller Thrust Bearing--missing</span><br><span style="color:red">**QTY: 3** - Off Bottom Roller Thrust Bearing--missing</span><br>**QTY: 3** - Seal Kits<br>**QTY: 2** - Off Bottom Shaft Race<br>**QTY: 2** - Off Botom Housing Race | $   2,575.60 | | | |
| NOV | 2017567 | | **QTY: 4** -4 3/8 Sealed Big Rock Bit<br>***SN: D170770, D170767, D170771 and D170775*** | $   10,825.00 | | | |
| NOV | 1919723 | | **QTY: 4** -4 1/2 Sealed Big Rock Bit<br>***SN: D161978, D163659, D161957 and D162225*** | $   10,825.00 | | | |
| Barnett Bit, LLC | 63042 | | **QTY: 2** JZ Rock Bits<br>***SN: K29962 and K33356*** | $   5,412.50 | | | |
| Grainger | 1170731024 | | Tools needed for Motors Job | $   5,996.80 | | | |
| Gulf Coast Repair & Machines Shop, Inc | 48662 | | Certification for Tools | $   10,256.70 | | | |
| Eagle Downhole Solutions LLC | 5581 | | C Type Pipe Vise | $   2,450.73 | | | |
| Famco | 21735 | | 4 3/8 OD 5 Blade mill, Reverse Mill, 4 1/2 OD Five Blade Mill and OD Reverse Mill | $   12,588.75 | | | |
| Famco | 22086 | | 2 7/8 Box x 2 3/8 Pac Pin, 2 3/8 Box x 2 3/8, Connections | $   2,850.00 | | | |
| | | | ***ALL CERTIFICATIONS AND SERIAL NUMBERS ARE ON FILE*** | | | | |

### Tool Inventory

| Motors: | Pull Plates: (4) | | Back Pressure Valves (6) | AR Mill (1) | shop / portable | Crossover | |
|---|---|---|---|---|---|---|---|
| 36001 | JPS-PP01 | | JPS-2001 | 4010 | | 2 ³/₈ Pac Pin x 2 Reg Box (2) | 4.5 (NOV) Rock Bit (1) |
| 36002 | JPS-PP02 | | JPS-2002 | | Chokes-bought Dec. 2012 | FAM-7676 | 2228 |
| 36003 | JPS-PP03 | | JPS-2003 | 4⁷/₈ Rev Mill (2) | Chokes-bought March 2013 | FAM-7676 | |
| 36004 | JPS-PP04 | | JPS-2004 | JPS-4005 | | | Rental |
| 36005 | | | JPS-2005 | JPS-4005 | | Wash Tips | Kenjar Jars 2 ⁷/₈ |
| 36006 | Coil Connectors 2 ⁷/₈ (4) | | JPS-2006 | | | JPS-WT-01 | FB0015 |
| 36007 | JPS-1001 | | Disconnects (6) | 4¹/₂ Rev Mills (4) | | JPS-WT-02 | FA0004 |
| 36008 | JPS-1002 | | JPS-3001 | JPS-4001 | | JPS-WT-03 | |
| 36009 | JPS-1003 | | JPS-3002 | JPS-4002 | | | Oscillator 2 ⁷/₈ (2) |
| 36010 | JPS-1004 | | JPS-3003 | JPS-4003 | | Logging Tool Connector (1) | CCT-0502 |
| 36011 | | | JPS-3004 | JPS-4004 | | JPS-TP01 | CCT-0731 |
| | Coil Connectors 2 ⁷/₈ (2) | | JPS-3005 | | | | |
| | JPS-1005 | | JPS-3006 | 4⁷/₈ Five Blade Mills (1) | | 2 ³/₈ Pac Pin x 3 Reg Pin (1) | |
| | JPS-1006 | | 3 ⁷/₈ Overshot (1) | JPS-4006 | | JPS-007 | |
| | | | 8852 | | | | |
| | | | Filter Joints (3) | 4 ¹/₂ Five Blade Mills (1) | | 4 ¹/₂ JZ Rock bit (1) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Filter Screens**      **(5)**    **(6)-counted** | JPS-4007 | | | K33356 |
| | | | | JPS-4008 | | | |
| | | | | | | **4.375 (NOV) Rock Bit**    **(4)** | |
| | | | | **AV Subs (2)** | | | 3023 |
| | | | | JPS-8001 | | | 3023 |
| | | | | JPS-8002 | | | 3023 |
| | | | | | | | 3023 |

| Complete Hydraulic Package | Unit Price | Price |
|---|---|---|
| Iron Basket | | $ 85,241.80 |
| Choke Beam | | $ 11,287.54 |
| Choke Dump | | $ 29,508.00 |
| Hoses | | $ 4,905.48 |
| Basket | | $ 3,975.00 |
| Trailer | | $ 5,200.00 |
| Hydraulic Chokes for Manifold | | $ 67,074.00 |
| Valves | | $ 26,500.00 |
| Plug Catcher | | $ 46,431.13 |
| **Total for 1 package** | | $ 280,122.95 |
| **Grand Total for 4 Packages** | | **$ 1,120,491.80** |

| Plug Catchers | Unit Price | Price |
|---|---|---|
| Plug Catcher | $ 46,431.13 | $ 325,017.91 |
| | | |
| **Grand Total for 7** | | **$ 325,017.91** |

| West Texas Package | Unit Price | Price |
|---|---|---|
| W. Tx Package | | $ 99,188.90 |
| Monorail | | $ 12,500.00 |
| Plug Catcher (2) | $ 46,431.13 | $ 92,862.26 |
| **Total for 1 Package** | | $ 204,551.16 |
| **Grand Total for 4 Packages** | | **$ 818,204.64** |

| Monorail Package | Unit Price | Price |
|---|---|---|
| Monorail Package | $ 44,189.40 | $ 88,378.80 |
| | | |
| **Grand Total for 2** | | **$ 88,378.80** |

| Extra Sets not complete for Package | | Price |
|---|---|---|
| Hydraulic Manifold (5) | $ 67,074.00 | $ 335,370.00 |
| Valves (5) | $ 26,500.00 | $ 132,500.00 |
| **Grand Total for 5** | | **$ 467,870.00** |

1

| Total Value of New Assets | |
|---|---|
| $ | 983,562.25 |

### Chokes New Assets

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 3 | Gate Valve, Manual Style-FC 2 1/16" 15,000 PSI | $ 3,500.00 | $ 10,500.00 |
| 3 | Handwheel | $ - | $ - |
| 2 | Gate Valve, Hydralic Style | $ 6,500.00 | $ 13,000.00 |
| 1 | Cross, Studded Five way | $ 1,550.00 | $ 1,550.00 |
| 2 | Flange, Weco, Female | $ 350.00 | $ 700.00 |
| 2 | Flange, Weco, Male | $ 375.00 | $ 750.00 |
| 10 | Trimee | $ 32.00 | $ 320.00 |
| 10 | Part Seat Ring | $ 43.00 | $ 430.00 |
| 50 | Part, Seal Body | $ 2.85 | $ 142.50 |
| 150 | 2" 1502 90D Buna Union Seal | $ 1.50 | $ 225.00 |
| 6 | "F-FC" 2" 5-15M STD. Seat | $ 30.00 | $ 180.00 |
| 20 | "F-FC" 2" 5-15M TFR Seat | $ 3.50 | $ 70.00 |
| 6 | "F" 2"10-15M Bonnet Gasket (no step) | $ 40.00 | $ 240.00 |
| 30 | 2" 1502 VITON/SS UNION SEAL | $ 13.00 | $ 390.00 |
| 30 | 3" 1502 VITON/SS UNION SEAL | $ 21.00 | $ 630.00 |
| 6 | 2" 1502 STANDARD SEAL KIT | $ 12.45 | $ 74.70 |
| 6 | 2" STD. PLUG | $ 225.00 | $ 1,350.00 |
| 6 | 2" STD. INSER SET | $ 150.00 | $ 900.00 |
| 2 | 3" 1502 STANDARD REPAIR | $ 690.00 | $ 1,380.00 |
| 8 | 1502 DEBOOSTER REPAIR KIT | $ 94.50 | $ 756.00 |
| 6 | 3"1502 FMx2"1502 M X-OVER 6.25" LONG | $ 310.00 | $ 1,860.00 |
| 6 | BX-152 316 STANLESS RING GSKT | $ 11.75 | $ 70.50 |
| 50 | 2" 1502 90D Buna Union Seal | $ 1.50 | $ 75.00 |
| 25 | 3" 1502 90D Buna Union Seal | $ 2.50 | $ 62.50 |
| 20 | 4" 1502/1002 Buna Union Seal | $ 4.80 | $ 96.00 |
| 2 | 24/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 240.00 |
| 2 | 25/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 240.00 |
| 3 | 26/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 360.00 |
| 2 | 2"x2" 1502 Plug Valve 15M STD | $ 950.00 | $ 1,900.00 |
| 1 | Grease Gun with Gauge | $ 815.00 | $ 815.00 |
| 5 | 2" 1502 x 36.00" MxF Spacer 15M | $ 535.00 | $ 2,675.00 |
| 4 | 3" 1502 Mx 2" 1502FM Adaptar | $ 340.00 | $ 1,360.00 |
| 5 | 3" Fig-1502 TRD Hammer Union | $ 280.00 | $ 1,400.00 |
| 10 | 2"1502 x 36.00" MxF Spacer 15M | $ 535.00 | $ 5,350.00 |
| 1 | 1000# Gauge | $ 39.95 | $ 39.95 |
| 1 | 2000# Gauge | $ 39.95 | $ 39.95 |
| 1 | 5000# Gauge | $ 39.95 | $ 39.95 |
| 1 | Chrome Box End Combo Winch Box | $ 24.00 | $ 24.00 |
| 4 | Choke Stem 3/4"-1" SS/TC 22" | $ 250.00 | $ 1,000.00 |
| 4 | Choke Indicator 3/4"-1" SS/TC 22" | $ 55.00 | $ 220.00 |
| 1 | (1-10) 120" 1 Piece Gaugestick | $ 15.95 | $ 15.95 |
| 2 | 7 Pc. Ball Metric Hex Key set | $ 10.99 | $ 21.98 |
| 2 | 3"x2" XXH Swage | $ 135.00 | $ 270.00 |
| 1 | 4"x3" XXH Swage | $ 180.00 | $ 180.00 |
| 1 | 4"x2" XXH Swage | $ 180.00 | $ 180.00 |
| 2 | 2" 1502 FM Blanking Plug | $ 75.00 | $ 150.00 |
| 2 | 2" 1502 Male Blnk Plug | $ 135.00 | $ 270.00 |
| 1 | 5K Gauge | $ 39.95 | $ 39.95 |
| 2 | 1/2" BM 0-10,000 SS/SS Gauge | $ 28.05 | $ 56.10 |
| 1 | Chrome Box End Combo Winch Box | $ 24.00 | $ 24.00 |
| 4 | 9/16"HP Malex 1/2"NPT Female | $ 32.00 | $ 128.00 |
| 2 | 1/2" Straight 10K needle valve | $ 19.95 | $ 39.90 |
| 3 | 3/4" FL/SS/TC/Seat | $ 250.00 | $ 750.00 |
| 5 | 9/16" HP Male x 1/2" NPT Female | $ 32.00 | $ 160.00 |

### New Assets for Ohio

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | 9 Valve Manifold | $ 17,650.00 | $ 17,650.00 |
| 1 | Stand for 9 Valve Manifold | $ 850.00 | $ 850.00 |
| | **Extend Plug Catcher Skid Qty 2** | | |
| 2 | 3 x 3 x 1/4 Sq Tubing 52' | $ 490.00 | $ 980.00 |
| 2 | 3/8 Deck Plate 96" x 80" | $ 1,145.00 | $ 2,290.00 |
| 4 | 2' 1502 Intergral Union Blast Joing 15,000# | $ 375.36 | $ 1,501.44 |
| 2 | Paint | $ 400.00 | $ 800.00 |
| 2 | Hydro | $ 200.00 | $ 400.00 |
| 4 | 2" MSI Plug Valve, 15,000# WP w/2" 1502 Connections | $ 5,852.39 | $ 23,409.56 |
| 82.5 | Fab Shop | $ 85.00 | $ 7,012.50 |
| 2 | BFV 6 WAF ENP-DI/BUN 10 POS LEVER Series "C" Blue | $ 71.16 | $ 142.32 |
| 6 | AeroQuip Quick Coupler Male and Female Pack | $ 85.46 | $ 512.76 |
| 6 | Adapter mnpt/mnpt | $ 1.73 | $ 10.38 |
| 6 | Autoclave CS 1/2' FNPT X 9/16 HP MNPT 15,000# | $ 48.35 | $ 290.10 |
| 2 | 4' 0-2,000 PSI Gauge | $ 32.89 | $ 65.78 |
| 2 | 4' 0-10,000 PSI Gauge | $ 79.00 | $ 158.00 |
| 4 | 1/2' CS Needle Valve 10,000# MNPT | $ 29.25 | $ 117.00 |
| 1 | 1/2' CS Needle Valve 10,000# MNPT X FNPT | $ 29.25 | $ 29.25 |
| 1 | 4' 0-10,000 PSI Gauge SS, Liquid Filled 1/2' SS Btm. Conn. | $ 32.89 | $ 32.89 |
| 1 | 1/2' CS Needle Valve 15,000# MNPT X FNPT | $ 144.90 | $ 144.90 |
| 1 | 4' 0-15,000 PSI Gauge SS, Liquid Filled, 1/2' SS Btm. Conn | $ 38.61 | $ 38.61 |
| 1 | Flow Bean 25/64 FC140 | $ 50.05 | $ 50.05 |
| 5 | Flow Bean 26/64 | $ 50.05 | $ 250.25 |
| 1 | Flow Bean 27/64 FC140 | $ 50.05 | $ 50.05 |
| 3 | Flow Bean 28/64 FC140 | $ 50.05 | $ 150.15 |
| 1 | Flow Bean 24/64 Ceramic | $ 50.05 | $ 50.05 |
| 2 | Flow Bean 25/64 Ceramic | $ 50.05 | $ 100.10 |
| 1 | Flow Bean 27/64 Ceramic | $ 50.05 | $ 50.05 |
| 1 | 4" 1502 M x3" 1502 F X-Over q331-10 | $ 500.00 | $ 500.00 |
| 3 | 4"1502/1002 Buna Union Seal | $ 4.80 | $ 14.40 |
| 1 | 2" 1502 Choke Saver | $ 185.00 | $ 185.00 |
| 2 | 4" 1502 M x3" 1502 F X-Over q388-5,6 | $ 715.00 | $ 1,430.00 |
| | 9-V 2"x2" Manifold W/2-Adjustable Chokes Autoclave Taps $125.00 Per tap extra skid not included | $ 15,370.00 | $ 15,370.00 |
| 1 | 9 Valve 2x2 Manifold Skid | $ 1,250.00 | $ 1,250.00 |
| 2 | 3" 1502 M x M Adapter STD 15M | $ 245.00 | $ 490.00 |
| 20 | 2" 1502 MxF 15M 90 Elbow | $ 265.00 | $ 5,300.00 |
| 12 | 3" 1502 MxF 15M 90 Elbow S0516-59, 58,55,47,63,65,61,62,60,60,64,54,46 | $ 750.00 | $ 9,000.00 |
| 2 | 3" 1502 MMF Tee 15M | $ 990.00 | $ 1,980.00 |
| 2 | 3" 1502 Male Blnk Plug Assembly | $ 195.00 | $ 390.00 |
| 12 | 3" 1502 x 10' Intrgl Flow Line 15M STD Service | $ 1,425.00 | $ 17,100.00 |
| 2 | 3" 1402 x 8' 15k integral pup joint std service | $ 1,335.00 | $ 2,670.00 |
| 2 | "3x6' 15M STD Intrgl pup joint | $ 1,195.00 | $ 2,390.00 |
| 2 | 3"x4' Int pup joint 1502 MXF | $ 1,050.00 | $ 2,100.00 |
| 2 | 3" 1502 x 12" MxF 15 M Spacer | $ 965.00 | $ 1,930.00 |
| 2 | 3" 1502 x3' 15K Integral pup joint STD Service | $ 995.00 | $ 1,990.00 |
| 1 | TSIDA0165 | $ 460.00 | $ 460.00 |
| 6 | 2"X2" 1502 Plug Valve 15M SO152-172,198,195,197,192,186 | $ 805.00 | $ 4,830.00 |
| 30 | 2"1502 FMF Outlet Tee 15M | $ 425.00 | $ 12,750.00 |
| 30 | TSIUA0234 | $ 110.00 | $ 3,300.00 |
| 4 | 2"1502 Choke Tee | $ 460.00 | $ 1,840.00 |
| 4 | 2"1502 Choke Saver | $ 185.00 | $ 740.00 |
| 3 | 2"1502 x 10' NPST Flowline 15M | $ 310.00 | $ 9,300.00 |
| 14 | 2"1502 x 10' Intrgl Flow line 15m std service | $ 700.00 | $ 9,800.00 |
| 2 | 2"1502 x 8'Intrgl Flow Line 15M Std Service R028-18, R234-20 | $ 580.00 | $ 1,160.00 |

| Vehicle | Year | Model | VIN | Value |
|---|---|---|---|---|
| MXP15 | 2014 | TEXA | 1B9K2RGT1EB624481 | $86,810.00 |
| MXP16 | 2014 | TEXA | 1B9K2RGT3EB624482 | $86,810.00 |
| MXP17 | 2014 | LEGE | 5D3BG3521EE104572 | $82,730.00 |
| MXP18 | 2014 | LEGE | 5D3BG352XEE104571 | $82,730.00 |
| Unit 122 | 2014 | Dodge | 3C63R3FL6EG247989 | $60,778.00 |
| Landa | Pressure Washer | ZEF2-14024D | ON SC10--11070900-101600 | $1,565.00 |
| Landa | Pressure Washer | ZEF2-14024D | ON SC11--11070900-101593 | $1,565.00 |
| Landa | Pressure Washer | ZEF2-14024D | ON SC12-- | $1,565.00 |
| | | | **Total** | **$404,553.00** |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 5 | 9/16" HP Male x Male | $ 29.00 | $ 145.00 |
| 10 | 24/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 1,200.00 |
| 12 | BX-152 316 STANLESS RING GSKT | 13.13 | 157.56 |
| 3 | 7/8" Hammer Wrench | $ 30.00 | $ 90.00 |
| 48 | 7/8" x6-1/4" Blk Stud W/2-Nut | 2.30 | 110.40 |
| | **New Assets--Plug Catcher** | $ | - |
| 2 | 3" 1502 Mx 2" 1502FM Adaptar | $ 340.00 | $ 680.00 |
| 2 | 3" 1502 FxF Adapter Std. 15M | $ 180.00 | $ 360.00 |
| 2 | 2" 1502x 8.365" MxF 15M Spacer | $ 305.00 | $ 610.00 |
| 4 | 2" 1502 x 6" MxF 15M Spacer | $ 285.00 | $ 1,140.00 |
| 4 | 3" 1502 MFF Tee 15M | $ 1,000.00 | $ 4,000.00 |
| 2 | 3" 1502 FMMM Cross 9/16" Tap | $ 1,590.00 | $ 3,180.00 |
| 2 | 3" 1502 MFF Tee 15M | $ 1,160.00 | $ 2,320.00 |
| 2 | 2" 1502 FFFM Cross STD 15M | $ 727.50 | $ 1,455.00 |
| 2 | 3" 1502 FMX2"1502 M X-OVER 6.25" LONG | $ 310.00 | $ 620.00 |
| 2 | 2" 1502 MFF TEE 15M | $ 500.00 | $ 1,000.00 |
| 4 | 3" 1502 MALE BLNK PLUG ASSEMBLY | $ 240.00 | $ 960.00 |
| 2 | 2" 1502 FM Blanking Plug | $ 75.00 | $ 150.00 |
| 2 | 3"X2" 7-v Dual Unit Trash Catcher skid | $ 3,000.00 | $ 6,000.00 |
| 3 | 2" 1502 x 36.00" MxF Spacer 15M | $ 535.00 | $ 1,605.00 |
| 3 | 3" Fig-1502 SCH-XXH B/W Union | $ 350.00 | $ 1,050.00 |
| | **New Equipment** | $ | - |
| 16 | 3"1502 MxF 15M 90 Elbow | $ 860.00 | $ 13,760.00 |
| 6 | Debooster 15000# 4 to 1 assy. | $ 1,595.00 | $ 9,570.00 |
| 12 | 2" x2" 1502 plug valve 15M std | $ 950.00 | $ 11,400.00 |
| 10 | 1"x2" 1502 Plug Valve 15M std | $ 740.00 | $ 7,400.00 |
| 6 | 2" 1502 Choke Saver | $ 215.00 | $ 1,290.00 |
| 6 | 2" 1502 Choke Tee | $ 550.00 | $ 3,300.00 |
| 44 | 2" 1502 FMF Outlet Tee 15M | $ 500.00 | $ 22,000.00 |
| 44 | 2" 1502 Male Blnk Plug Assy | $ 130.00 | $ 5,720.00 |
| 50 | 2" 1502 x 10' NPST Flowline 15M | $ 365.00 | $ 18,250.00 |
| 4 | 3"1502x5" ID 60" Forged Vsel 15k W/2" Forged Side outlet and internal filter screen included 3" inlet x 2" outlet | $ 9,995.00 | $ 39,980.00 |
| 6 | 3"x3" 1502 Plug Valve 15M std Manual Operated | $ 3,500.00 | $ 21,000.00 |
| 8 | 3"1502 Mx 2"1502FM Adapter | $ 340.00 | $ 2,720.00 |
| 6 | 2" 1502 x 10' Intrgl flow line 15M std service | $ 700.00 | $ 4,200.00 |
| 8 | 2" 1502 x 4' Intrgl flow line 15M std service | $ 400.00 | $ 3,200.00 |
| 4 | 3" 1502 x 10' 15k integral pup joint std service | $ 1,350.00 | $ 5,400.00 |
| 4 | 3" 1502 x 6' 15k integral pup joint std service | $ 955.00 | $ 3,820.00 |
| 4 | 3" 1502 x 8' 15k integral pup joint std service | $ 1,150.00 | $ 4,600.00 |
| 4 | 3" 1502 x 3' 15k integral pup joint std service | $ 600.00 | $ 2,400.00 |
| 4 | 3" 1502 x 1' 15k integral pup joint std service | $ 505.00 | $ 2,020.00 |
| | **TOTAL** | | $ 262,604.89 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 2 | 2" 1502 x 6' Intergral flowline 15M std service N801-21.26 | $ 465.00 | $ 930.00 |
| 2 | 2" 1502 x 4' Intrgrl Flowline 15M STD Service | $ 400.00 | $ 800.00 |
| 4 | 2 "1502 x 3" 15K integral pup joint std service | $ 441.00 | $ 1,764.00 |
| 6 | 2" 1502 MMF Tee 15M Q962-71, 63, 74, 61, 62, 65 | $ 490.00 | $ 2,940.00 |
| 6 | 2" 1502 MFF Tee 15M | $ 425.00 | $ 2,550.00 |
| 2 | 2" 1502 x 12.00" MxF 15 spacer | $ 280.00 | $ 560.00 |
| 5 | 1"x2" 1502 Plug Valve 15M STD | $ 630.00 | $ 3,150.00 |
| 5 | Flow Iron-2" American Block 1502 x 5' Joint, Integral | 457.69 | $ 2,288.45 |
| 9 | Flow Iron-2" American Block 1502 x 4' Joint, Integral | 426.29 | $ 3,836.61 |
| 5 | Flow Iron-2" American Block 1502 x 3' Joint, Integral | 396.89 | $ 1,984.45 |
| 3 | Flow Iron-2" American Block 1502 x 2' Joint, Integral | 376.59 | $ 1,129.77 |
| 15 | Restraint-20', Red, American Ironworks | 240.00 | $ 3,600.00 |
| 2 | MS Valve Bar Actuator | 156.19 | $ 312.38 |
| 3 | Needle Valve- 9/16" 30M# Autoclave Female x Female-HIP | 193.19 | $ 579.57 |
| 3 | Autoclave Adapter 9/16"M x 1/2" NPT F 15M# | 53.09 | $ 159.27 |
| 3 | Autoclave Adapter 9/16"M x 9/16" NPT F 15M# | 63.49 | $ 190.47 |
| 1 | Pressure Gauge-Marsh, 4" Face 10,000# 1/2" LM, Stainless Brass | 30.89 | $ 30.89 |
| 1 | Pressure Gauge-Marsh, 4" Face 15,000# 1/2" LM, Stainless Brass | 39.29 | $ 39.29 |
| 1 | Pressure Gauge-Marsh, 4" Face 5,000# 1/2" LM, Stainless Brass | 30.79 | $ 30.79 |
| 4 | Flow Iron-2" American Block 1502 x 8' Joint, Integral | 633.79 | $ 2,535.16 |
| 3 | Flow Iron-2" American Block 1502 x 6' Joint, Integral | 508.39 | $ 1,525.17 |
| 30 | 2"1502 x 10' Intrgl flow line 15m std service | $ 700.00 | $ 21,000.00 |
| 2 | 20/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 240.00 |
| 2 | 21/64 " FL/TC Alloy Choke Bean | $ 120.00 | $ 240.00 |
| 3 | 24/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 360.00 |
| 1 | 25/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 120.00 |
| 3 | 26/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 360.00 |
| 3 | 28/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 360.00 |
| 2 | 10M Grease Gun with Gauge | $ 550.00 | $ 1,100.00 |
| 2 | 1/4 Drum Peanut Butter Grease | $ 515.00 | $ 1,030.00 |
| 1 | 1/4 Drum Grease Pump | $ 2,900.00 | $ 2,900.00 |
| 5 | 2"x10' Int pup joint 1502 MXF | $ 900.00 | $ 4,500.00 |
| 4 | TSI Stick Grease Box | $ 132.00 | $ 528.00 |
| 4 | 2"1502 x 8'Intrgl Flow Line 15M Std Service | $ 580.00 | $ 2,320.00 |
| 2 | P392 2 Speed Hand Pump | $ 560.00 | $ 560.00 |
| 1 | 3/8"x6' Enerpac Hose | $ 125.00 | $ 125.00 |
| 10 | 1502 Debooster Repair Kit | $ 94.50 | $ 945.00 |
| 100 | 2"1502 90D Buna Union Seal | $ 1.50 | $ 150.00 |
| 50 | 3"1502 90D Buna Union Seal | $ 2.50 | $ 125.00 |
| 8 | 2" x 2" 1502 Plug Valve 15M STD | $ 950.00 | $ 7,600.00 |
| 3 | 2"1502 MMF Tee 15M | $ 575.00 | $ 1,725.00 |
| 3 | 2"1502 MFF Tee 15M | $ 500.00 | $ 1,500.00 |
| 6 | 2"1502 x 1'NPST Flowline 15M | $ 205.00 | $ 1,230.00 |
| 6 | 2" 1502 x 2'NPST Flowline 15M | $ 225.00 | $ 1,350.00 |
| 6 | 2"1502 x 3'NPST Flowline 15M | $ 240.00 | $ 1,440.00 |
| 6 | 2"1502 x 4' NPST Flowline 15 M | $ 260.00 | $ 1,560.00 |
| 4 | Seat | $ 250.00 | $ 1,000.00 |
| 4 | Choke stem 3/4"-1" SS/TC 22" | $ 250.00 | $ 1,000.00 |
| 3 | 2"1502 FMF Outlet Tee 15M | $ 500.00 | $ 1,500.00 |
| 10 | 2"1502 x 10' NPST Flowline 15M | $ 365.00 | $ 3,650.00 |
| 5 | 10/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 11/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 12/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 13/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 14/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 15/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 16/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |

| Qty | Description | Price | Total |
|---|---|---|---|
| 5 | 17/64" FL/TC Alloy Choke Bean | $ 110.00 | $ 550.00 |
| 5 | 18/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 19/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 20/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 21/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 22/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 23/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 24/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 26/64" FL/TC Alloy Choke Bean | $ 120.00 | $ 600.00 |
| 5 | 27/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 28/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 29/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 30/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 34/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 36/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 38/64" FL/TC Alloy Choke Bean | $ 130.00 | $ 650.00 |
| 5 | 40/64" FL/TC Alloy Choke Bean | $ 195.00 | $ 975.00 |
| 5 | 44/64" FL/TC Alloy Choke Bean | $ 195.00 | $ 975.00 |
| 5 | 46/64" FL/TC Alloy Choke Bean | $ 195.00 | $ 975.00 |
| 5 | 48/64" FL/TC Alloy Choke Bean | $ 195.00 | $ 975.00 |
| 5 | 34/64" FL/TC Alloy Choke Bean | $ 195.00 | $ 975.00 |
| 1 | 9-V 2"x2" Manifold W/2-Adjustable Chokes Autoclave Taps $125.00 Per tap extra skid not included | $ 18,409.50 | $ 18,409.50 |
| 23 | 2"1502 x10' NPST Flowline 15M | $ 365.00 | $ 8,395.00 |
| 10 | 2" 1502 MxF 15M 90 Elbow | $ 325.00 | $ 3,250.00 |
| 3 | 2" 1502 x 8 ' NPST Flow Line 15M | $ 330.00 | $ 990.00 |
| 3 | 2" 1502 x 6' NPST Flowline 15M | $ 295.00 | $ 885.00 |
| 4 | 2" 1502 x 2' NPST Flowline 15M | $ 225.00 | $ 900.00 |
| 2 | 2" 1502 x 6' Integral Flowline 15M STD Service | $ 465.00 | $ 930.00 |
| 2 | 2" 1502 x 2' 15k Integral Pup Joint STD Service | $ 370.00 | $ 740.00 |
| 10 | PR7 x 10' Polyester Sling "Blue" (Restraint) | $ 107.60 | $ 1,076.00 |
| 20 | PR7 x 20' Polyester Sling "Blue" (Restraint) | $ 179.95 | $ 3,599.00 |
| 30 | PR5 x 4' Polyester Power Sling "Red" | $ 32.50 | $ 975.00 |
| 1 | 9 Valve 2x2 Manifold Skid | $ 1,000.00 | $ 1,000.00 |
| | **TOTAL** | | $ 316,404.36 |

3

| Fill in this information to identify the case: |
|---|

Debtor name    **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-51110-cag**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Caddo Parish Tax Collector**<br>Creditor's Name<br><br>**501 Texas St., Room 101**<br>**Shreveport, LA 71101**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2015**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Caddo Parish Tax Collector**<br>**2. City of Shreveport-AV Tax** | **Describe debtor's property that is subject to a lien**<br>**Claim to equitable title to 3215 Bert Kouns Industrial Loop, Shreveport, Louisiana (5 acres); Legal Description: Lot 18 Dean Terrace, Shreveport, Caddo Parish, Louisiana**<br><br>**Describe the lien**<br>**Tax Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,517.67** | **$350,000.00** |
| **2.2   City of Mathis**<br>Creditor's Name<br>**c/o San Patricio County Tax Assessor**<br>**P.O. Box 280**<br>**Sinton, TX 78387-0280**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2015** | **Describe debtor's property that is subject to a lien**<br>**Personal property**<br><br><br>**Describe the lien**<br>**Tax lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$18,501.86** | **$1,927,277.00** |

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 8

Debtor    **J P S Completion Fluids, Inc.**                                    Case number (if know)   **16-51110-cag**
_____
Name

**Last 4 digits of account number**
**0184**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Shreveport-AV Tax** | **Describe debtor's property that is subject to a lien** | **$978.22** | **$350,000.00** |
|---|---|---|---|---|

Creditor's Name

**Claim to equitable title to 3215 Bert Kouns Industrial Loop, Shreveport, Louisiana (5 acres); Legal Description: Lot 18 Dean Terrace, Shreveport, Caddo Parish, Louisiana**

**P.O. Box 30040**
**Shreveport, LA 71130**

Creditor's mailing address

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**
**1800**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Dimmit County Tax Office** | **Describe debtor's property that is subject to a lien** | **$1,069.81** | **$199,000.00** |
|---|---|---|---|---|

Creditor's Name

**15 West Kansas Ave, Big Wells, Texas; Legal Description: Big Wells-Orig Town, Block 4, Lots 19, 20, 21-24, Dimmit County, Texas 78830**

**P.O. Box 425**
**Carrizo Springs, TX 78834**

Creditor's mailing address

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**
**1027**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Dimmit County Tax Office** | **Describe debtor's property that is subject to a lien** | **$22.62** | **$26,350.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**P.O. Box 425**
**Carrizo Springs, TX 78834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**1023**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**12 S. Franklin St., Big Wells, Texas; Legal Description: Big Wells-Orig Town, Block 4, Lots 17 & 18, Dimmit County, Texas**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Dimmit County Tax Office**
Creditor's Name

**P.O. Box 425**
**Carrizo Springs, TX 78834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**3413**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**57 Crockett St., Big Wells, Texas; 2014 Champion Home Builders Inc. 02XSGX1676MCV 16x76**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$734.83     $78,000.00

---

**2.7** **Internal Revenue Service**
Creditor's Name

**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/28/2015**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**Tax Lien-941 taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$532,641.99     $260,000.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | | Case number (if know) | **16-51110-cag** |
|---|---|---|---|---|
| | Name | | | |

**9780**

**Do multiple creditors have an interest in the same property?**

No

☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Texas Champion Bank**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Laverne Properties** | | |
|---|---|---|---|
| | Creditor's Name | | |

**726 CR 372**
**Sandia, TX 78383**
Creditor's mailing address

**canon1022@gtek.biz**
Creditor's email address, if known

**Date debt was incurred**
**10/19/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Laverne Properties**
**2. Mathis ISD**
**3. San Patricio County Tax Assessor**

**Describe debtor's property that is subject to a lien**          $113,000.00          $200,000.00

**10312 IH 37 Access Road, Mathis, Texas (Fab Shop); Legal Description: TR 13 Matzenbaugh 1.00 Acres, San Patricio County, Texas.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Mathis ISD** | | |
|---|---|---|---|
| | Creditor's Name | | |

**P.O. Box 1179**
**Mathis, TX 78368**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**9100**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $32,420.60          $1,927,277.00
**Personal property**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.10 | **Mathis ISD** | | **Describe debtor's property that is subject to a lien** | $2,181.90 | $200,000.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **J P S Completion Fluids, Inc.**

Name

Case number (if known) **16-51110-cag**

---

Creditor's Name

**P.O. Box 1179**
**Mathis, TX 78368**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**0831**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**10312 IH 37 Access Road, Mathis, Texas (Fab Shop); Legal Description: TR 13 Matzenbaugh 1.00 Acres, San Patricio County, Texas.**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Mathis ISD** | Describe debtor's property that is subject to a lien | $2,181.90 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1179**
**Mathis, TX 78368**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**6071**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. San Patricio County Tax Assessor**
**2. Mathis ISD**

**Describe debtor's property that is subject to a lien**
**Claim to equitable title to 10644 IH 37 Access Road, Mathis, Texas (Mechanic Shop) ; Legal Description: PT TR 10 & 11 Matzenbaugh Subd; 1 acre, San Patricio County, Texas Legal title in name of Sergio Roel Garza and Sonya S. Garza, husband**

**Describe the lien**
**Tax lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Midland Central Appraisal District** | Describe debtor's property that is subject to a lien | $190.06 | $158,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 908002**
**Midland, TX 79708-0002**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1904 Cotton Flat Rd., Midland, Texas; Legal Description: Blk: 011, Lots 1 & 2 Less S.456, Addn: Snively Block, Sec 13 Acres: 2.024, Midland County, Texas**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | J P S Completion Fluids, Inc. | | Case number (if know) | **16-51110-cag** |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2015**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4511**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **San Patricio County Tax Assessor** | **Describe debtor's property that is subject to a lien** | **$12,748.44** | **$1,927,277.00** |
|---|---|---|---|---|

Creditor's Name

**Personal property**

**P.O. Box 280**
**Sinton, TX 78387-0280**

Creditor's mailing address

**Describe the lien**

**Tax Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2015**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**0184**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **San Patricio County Tax Assessor** | **Describe debtor's property that is subject to a lien** | **$490.43** | **$200,000.00** |
|---|---|---|---|---|

Creditor's Name

**10312 IH 37 Access Road, Mathis, Texas (Fab Shop); Legal Description: TR 13 Matzenbaugh 1.00 Acres, San Patricio County, Texas.**

**P.O. Box 280**
**Sinton, TX 78387-0280**

Creditor's mailing address

**Describe the lien**

**Tax Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2015**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2083**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.8**

---

| Debtor | **J P S Completion Fluids, Inc.** | Case number (if known) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

---

**2.1 5**

**San Patricio County Tax Assessor**
Creditor's Name

**P.O. Box 280**
**Sinton, TX 78387-0280**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**1607**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

Describe debtor's property that is subject to a lien
**Claim to equitable title to 10644 IH 37 Access Road, Mathis, Texas (Mechanic Shop) ; Legal Description: PT TR 10 & 11 Matzenbaugh Subd; 1 acre, San Patricio County, Texas Legal title in name of Sergio Roel Garza and Sonya S. Garza, husband**

Describe the lien
**Tax lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $799.45 | $150,000.00 |
|---|---|

---

**2.1 6**

**Texas Champion Bank**
Creditor's Name

**P.O. Box 270550**
**Corpus Christi, TX 78427**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/11/2013**
**Last 4 digits of account number**
**7859**
**Do multiple creditors have an interest in the same property?**
No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Internal Revenue Service**

Describe debtor's property that is subject to a lien
**Vehicles, equipment, accounts receivables**

Describe the lien
**Security Agreement;line of credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $0.00 | $1,938,500.00 |
|---|---|

---

**2.1 7**

**Texas Champion Bank**
Creditor's Name

**P.O. Box 270550**
**Corpus Christi, TX 78427**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Vehicles, equipment, accounts receivables**

Describe the lien
**Security Agreement; equipment note**
**Is the creditor an insider or related party?**
■ No
☐ Yes

| $0.00 | $1,938,500.00 |
|---|---|

---

| Debtor | **J P S Completion Fluids, Inc.** | Case number (if know) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**6/11/2013**

**Last 4 digits of account number**

**7858**

**Do multiple creditors have an interest in the same property?**

No

☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Internal Revenue Service**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$720,479.78**

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **16-51110-cag**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$388,750.00** | **$388,750.00** |

**2.1**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$388,750.00**    Priority amount **$388,750.00**

**2.2**

Priority creditor's name and mailing address
**Texas Comptroller of Public**
**Accounts**
**Revenue Accounting/Bankruptcy**
**Section**
**P.O. Box 13528**
**Austin, TX 78711**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$208,733.12**    Priority amount **$208,733.12**

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,499.20 | $30,499.20 |

**Texas Workforce Commission**
**Bankruptcy Unit, Room 556**
**101 E. 15th Street**
**Austin, TX 78778-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15 and 1/16**

Basis for the claim:
**Unemployment taxes**

Last 4 digits of account number **6621**

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397.50 |

**4 Rivers Equipment**
**924 11th Street**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**624 U-Store/Deluxe Properties**
**14242 Northwest Blvd.**
**Corpus Christi, TX 78410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.70 |

**7 Bridges Network**
**263 Gettysburg Rd.**
**San Antonio, TX 78228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.43 |

**Advance Auto Parts**
**AAP Financial Services**
**P.O. Box 742063**
**Atlanta, GA 30374-2063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.13 |

**Alamo Lumber Company**
**P.O. Box 17258**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(if known)* | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,362.32** |
|---|---|---|---|

**Alaniz and Perez Garage**
**711 St. Mary's Street**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,907.06** |
|---|---|---|---|

**Amigos Equipment Corp.**
**P.O. Box 4145**
**Corpus Christi, TX 78469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.99** |
|---|---|---|---|

**AT&T**
**P.O. Box 730624**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Telephone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,163.62** |
|---|---|---|---|

**Barco Pump**
**1130 Burt Street**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,954.02** |
|---|---|---|---|

**Becker Safety & Supply**
**P.O. Box 804**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,312.00** |
|---|---|---|---|

**Beka, LLC**
**P.O. Box 395**
**Charlotte, TX 78011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Bobby Ochoa Safety Services, LLC**
**P.O. Box 185**
**Sandia, TX 78383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J P S Completion Fluids, Inc.** | Case number (if known) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**Calallen Drug Testing**
**13310 Leopard St., Suite 6**
**Corpus Christi, TX 78410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.25 |
|---|---|---|---|

**City of Big Wells**
**P.O. Box 68**
**Big Wells, TX 78830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,789.16 |
|---|---|---|---|

**Coastal Tool & Supply**
**4930 IH 37**
**Corpus Christi, TX 78407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006.99 |
|---|---|---|---|

**Colonial Life**
**P.O. Box 903**
**Columbia, SC 29202-0903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Health Insurance Premiums**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cooper Outdoor Advertising, Inc.**
**P.O. Box 9431**
**Corpus Christi, TX 78469**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Fab shop boundary dispute**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cyclone Supply Company, Inc.**
**P.O. Box 706**
**Dover, OH 44622**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade claim subject to setoff, see schedule B**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cyclone Supply Company, Inc.**
**524 River St.**
**Dover, OH 44622**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade claim subject to setoff, see schedule B**

Is the claim subject to offset? ☐ No  ☐ Yes

---

2c67850c37c254b2

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address**<br>**Dallas Cowboy Football Club**<br>**One Cowboys Parkway**<br>**Irving, TX 75063**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **3637** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Seat Option agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,005.00** |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>**Delta Tire and Wheel**<br>**2424 South Padre Island Drive**<br>**Corpus Christi, TX 78415**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$970.85** |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>**DISA, Inc.**<br>**12600 Northborough Dr.**<br>**Suite 300**<br>**Houston, TX 77067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$173.65** |
| **3.23** | **Nonpriority creditor's name and mailing address**<br>**Dixie Iron Works**<br>**900 West Main**<br>**Alice, TX 78332**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39,542.48** |
| **3.24** | **Nonpriority creditor's name and mailing address**<br>**El Centro Landfill**<br>**BFI Central Texas Landfills**<br>**P.O. Box 90431**<br>**Chicago, IL 60696-0431**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,144.37** |
| **3.25** | **Nonpriority creditor's name and mailing address**<br>**Empire Fluids Solutions**<br>**P.O. Box 131562**<br>**Houston, TX 77219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$72,930.00** |
| **3.26** | **Nonpriority creditor's name and mailing address**<br>**Enterpise Rent-A-Car**<br>**1505 Harry Wurzbach**<br>**San Antonio, TX 78209-6001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$951.01** |

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(if known)* | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237,874.42**

**Enterprise Fleet Management Trust**
**Customer Billing**
**P.O. Box 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**ESC Consultants, Inc.**
**P.O. Box 691447**
**San Antonio, TX 78268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.93**

**Fed Ex**
**P.O. Box 94515**
**Department 4634**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,556.50**

**Flat Iron Capital**
**P.O. Box 712195**
**Denver, CO 80271-2195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,884.00**

**Folsom Volunteer Fire Department**
**28372 Shortline Hwy.**
**Folsom, WV 26348-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fomer Employees**
**See attached Exhibit F**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,104.96**

**Foxco Supply Fire & Safety, Ltd.**
**P.O. Box 429**
**Alice, TX 78333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,368.00 |
|---|---|---|---|
| | **G5S Energy Services, LLC**<br>**857 CR 354**<br>**Orange Grove, TX 78372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Balance paid to Solutions Integrated Chemicals LLC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,923.60 |
|---|---|---|---|
| | **Gambler Specialties**<br>**P.O. Box 1030**<br>**Portland, TX 78374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,648.75 |
|---|---|---|---|
| | **Goss Supply Co.**<br>**P.O. Box 2580**<br>**Zanesville, OH 43702-2580** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,176.00 |
|---|---|---|---|
| | **Greenwell Energy Solutions**<br>**2000 Edwards, B100**<br>**Houston, TX 77007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,359.97 |
|---|---|---|---|
| | **H&V Equipment Services**<br>**4402 Hwy. 77**<br>**Corpus Christi, TX 78410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,770.00 |
|---|---|---|---|
| | **Houston Chemical**<br>**P.O. Box 1183**<br>**Cypress, TX 77410** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade claim with invalid lien filing** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439,520.00 |
|---|---|---|---|
| | **Houston Petro Chemicals, Inc.**<br>**P.O. Box 1385**<br>**Sugar Land, TX 77487-1385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,681.00** |

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box  7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,014.57** |

**J.J. Keller & Associates Inc.**
**P.O. Box 548**
**Neenah, WI 54957-0548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,215.00** |

**JC Fodale Energy Services LLC**
**P.O. Box 46093**
**Houston, TX 77210-6093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,895.51** |

**Magnablend Inc.**
**326 N. Grand Avenue**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |

**Martinez Tire Service**
**815 N. Front St.**
**Mathis, TX 78368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,149.97** |

**Mathis Custom Automotive, LLC**
**10644 N. Interstate Highway 37**
**Mathis, TX 78368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/28/2012**

**Basis for the claim:**  **Unsecured loan for purchase of 10644 I-37 Mechanics Shop**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183.53** |

**McCarty Equipment Co., Ltd.**
**Dept. 207**
**P.O. Box 4346**
**Houston, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | MIC Transporting, LLC<br>505 Mesquite St.<br>Refugio, TX 78377 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,772.93 |
|---|---|---|---|
| | Midwest Hose & Specialty, Inc.<br>P.O. Box 96558<br>Oklahoma City, OK 73143 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,976.20 |
|---|---|---|---|
| | MOG Resources<br>P.O. Box 1846<br>Orange Grove, TX 78372 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade claim with invalid lien filing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.75 |
|---|---|---|---|
| | Mountain Supply & Service, LLC<br>P.O. Box 3111<br>Longview, TX 75606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,138.54 |
|---|---|---|---|
| | Nalco Company<br>P.O. Box 730005<br>Dallas, TX 75373-0005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,685.85 |
|---|---|---|---|
| | National Oilwell Varco<br>Wells Fargo Bank<br>P.O. Box 201224<br>Dallas, TX 75320-1224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,226.11 |
|---|---|---|---|
| | O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield, MO 65801-9464 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424.58**
**Oilfield-Industrial Supply of LA, Inc.**
P.O. Box 7867
Shreveport, LA 71137-7867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,851.91**
**Oilfieldlodging.com, LLC**
907 RR 620 South
Suite 102
Austin, TX 78734-5627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.11**
**Parks Coffee**
P.O. Box 110209
Carrollton, TX 75011-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,836.18**
**Permian Equipment Rentals**
P.O. Box 61730
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**
**Porter, Rogers, Dahlman & Gordon**
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal fees__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,470.90**
**Praxair Distribution Inc.**
P.O. Box 120812 Dept 0812
Dallas, TX 75313-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,971.30**
**R H Administrators, Inc.**
5502 58th Street, Suite 700
Lubbock, TX 79414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Rain for Rent Greeley**
**FILE 52541**
**Los Angeles, CA 90074-9007**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,231.11**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Rain for Rent West Virginia**
**FILE 52541**
**Los Angeles, CA 90074-2541**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,350.25**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Red Ball Oxygen**
**P.O. Box 7316**
**Shreveport, LA 71137-7316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$99.13**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Reliant Energy**
**P.O. Box 4932**
**Houston, TX 77210-4932**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Electricity services**

Is the claim subject to offset? ■ No ☐ Yes

**$561.44**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Roberts Auto Parts**
**700 S. St. Mary's Street**
**Beeville, TX 78102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,517.15**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**San Patricio Electric**
**P.O. Box 400**
**Sinton, TX 78387**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Electricity services**

Is the claim subject to offset? ■ No ☐ Yes

**$249.39**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Solution Integrated Chemicals LLC**
**5398 County Road 4**
**Bishop, TX 78343-3309**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Southeastern Equipment Co., Inc.**
**P.O. Box 536**
**Cambridge, OH 43725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,868.35**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Southwest Wheel**
**343 Gembler Rd.**
**San Antonio, TX 78219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$121.05**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**
**Revenue Accounting/Bankruptcy Section**
**P.O. Box 13528**
**Austin, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Required notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**The Grease Rack**
**P.O. Box 4082**
**Alice, TX 78332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Titan Chemical Corporation**
**P.O. Box 14569**
**Houston, TX 77221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$512.19**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Titan Energy Services, LLC**
**1314 North 7th Ave.**
**Greeley, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,837.24**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**TSI Flow Products**
**P.O. Box 38709**
**Houston, TX 77238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$128,332.84**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | Case number (if known) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.56** |
|---|---|---|---|

**TxTag**
12719 Burnet Rd.
Austin, TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Toll road fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.61** |
|---|---|---|---|

**TXU Energy**
P.O. Box 650638
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electricity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316,814.37** |
|---|---|---|---|

**U.S. Department of Labor-Wage & Hour Div**
**McAllen District Office**
1101 E. Hackberry Drive, Ste. 400
McAllen, TX 78501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **1/16/2013 through 1/15/2015**

Basis for the claim:  **Settlement**

Last 4 digits of account number  **1553**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,107.31** |
|---|---|---|---|

**United Rentals**
P.O. Box 840514
Dallas, TX 75284-0514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236,550.68** |
|---|---|---|---|

**Univar USA Inc.**
P.O. Box 34325
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.73** |
|---|---|---|---|

**Unum Life Insurance Company of America**
P.O. Box 409548
Atlanta, GA 30384-9548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,142.46** |
|---|---|---|---|

**Waste Management of Northern Colorado**
P.O. Box 43350
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.67 |
|---|---|---|---|

**WB Supply Company**
**P.O. Box 972856**
**Dallas, TX 75397-2856**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,792.90 |
|---|---|---|---|

**WEX Inc. (Wright Express)**
**97 Darling Ave.**
**South Portland, ME 04106**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (fuel card account)**

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allen, Maxwell & Silver Inc.**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | Line **3.80**<br><br>☐ Not listed. Explain ____ | **1472** |
| 4.2 | **Brad Davidson**<br>**Craig, Terrill, H ale & Grantham LLP**<br>**9816  Slide Road, Ste. 201**<br>**Lubbock, TX 79424** | Line **3.58**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 | **Clif Alexander**<br>**Phipps Anderson Deacon LLP**<br>**819 North Upper Broadway**<br>**Corpus Christi, TX 78401** | Line **3.32**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.4 | **Gray P. Scoggins**<br>**71 N. Wright St.**<br>**Alice, TX 78332** | Line **3.50**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.5 | **High Tide Partnership, Ltd.**<br>**P.O. Box 600477**<br>**Dallas, TX 75360** | Line **3.17**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.6 | **Jacky B. Franklin**<br>**10575 Katy Freeway, Suite 405**<br>**Houston, TX 77024-1030** | Line **3.37**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.7 | **Josh Sandford**<br>**Sandford Law Firm, PLLC**<br>**One Financial Center**<br>**650 South Shackleford, Suite 411**<br>**Little Rock, AR 72211** | Line **3.32**<br><br>☐ Not listed. Explain ____ | ___ |

---

| Debtor | **J P S Completion Fluids, Inc.** | Case number (if known) | **16-51110-cag** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Kean Miller, LLP**<br>**Attn: Eric Lockridge & Matthew Smith**<br>**P.O. Box 3513**<br>**Baton Rouge, LA 70821-3513** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Larry Fusaro**<br>**Law Offices of Mark A. Kirkorsky**<br>**1119 W. Southern Ave., 2nd Floor**<br>**Mesa, AZ 85210** | Line  **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Sam Drugan**<br>**John Warren**<br>**Warren, Drugan & Barrows, PC**<br>**606 N. Carancahua, Ste. 601**<br>**Corpus Christi, TX 78401** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 627,982.32 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,143,131.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,771,113.35 |

Exhibit F

| Employee | Address |
|---|---|
| Aaron Gonzalez | 509 S. 17th Street Kingsville, TX 78363 |
| Aaron J Vasquez | 1204 E. Huntington Beeville, TX 78102 |
| Abel Martinez III | 1400 19th St Palmview, TX 78572 |
| Abel Perez | 401 Holloway Ave Raymondville, TX 78580 |
| Adam Erebia | 7806 Northwind Dr. Corpus Christi, TX 78414 |
| Adam J Anzaldua | 3907 Merrill Ave Odessa, TX 79764 |
| Adolfo Bazan Jr | 8317 S Carlos St Pharr, TX 78577 |
| Adrian Infante | P O Box 858 Premont, TX 78375 |
| Adrian J Vallejo | 1435 Minnesota Rd Alamo, TX 78516 |
| Adrian Suarez | 2502 Dogtooth Courts Corpus Christi, TX 78414 |
| Agapito Avila | 906 Dunbar St Refugio, TX 78377 |
| Alan T Behr | 5088 BUS 181 N Beeville, TX 78102 |
| Alan Valenzuela | 703 Huisache Refugio, TX 78377 |
| Alex M Hernandez | 316 CR 3054 Orange Grove, TX 78372 |
| Alfonso Munoz III | 3338 Holly Rd #3 Corpus Christi, TX 78415 |
| Alfred Cantu III | 10533 CTR 625 Mathis, TX 78368 |
| Alice Villarreal | P O Box 7 Three Rivers, TX 78071 |
| Amanda Cielencki | PO Box 816 Lytle, TX 78052 |
| Andre M Bryan | 4315 South Kirkwood #104 Houston, TX 77072 |
| Andres C Olivarez | 23780 CR 1008 Mathis, TX 78368 |
| Andres Lopez | 15410 Sycamore Leaf Cypress, TX 77429 |
| Andrew Erebia | 1802 Trenton Dr Corpus Christi, TX 78404 |
| Andrew Thorn | 206 N Commons Way Unit B Portland, TX 78374 |
| Anthony E Sanchez | 20 River Home Dr Corpus Christi, TX 78410 |
| Armando Bravo (Sales) | 602 San Martin San Juan, TX 78589 |
| Armando Elizondo Jr | 146 Clock Ln San Antonio, TX 78207 |
| Armando Farias | 13315 McBurnett Corpus Christi, TX 78410 |
| Arnold Galvan III | 1202 W. Craig Circle Alice, TX |
| Arnold Jr Galvan | 1202 W. Craig Alice, TX 78332 |
| Arturo Dimas | 206 Corn St P O Box 33 Tynan, TX 78391 |
| August Sailer | 10913 FM 2262 Groveton, TX 75845 |
| Aza Hinojosa | 265 CR 3073 Orange Grove, TX 78372 |
| Baldemar Villarreal Jr | P O Box 79 Premont, TX 78375 |
| Belen Gonzales | P O Box 994 Mathis, TX 78368 |
| Benito Arredondo Jr | 1102 E. Gramman Beeville, TX 78102 |
| Benito Rosalez | 904 E. Pine Mathis, TX 78368 |
| Benito Salinas | 1009 Nevada St Mathis, TX 78368 |
| Bennie L Bain | 21 Boise D Arc Rd Rockport, TX 78382 |
| Bernardo Perez | 1812 Agarito St Alice, TX 78332 |
| Bobby L Tolentino | 611 E. Viggie Hebbronville, TX 78361 |
| Bobby L Woodall | 512 Meta St. Sandia, TX 78383 |
| Bradly R Willard | 16923 FM 139 Shelbyville, TX 75973 |
| Brian Martinez | 1201 Yosemite Beeville, TX 78102 |
| Brian Scott | 10338 Emerald Trail Houston, TX 77070 |
| Brion P Hunsaker | 5501 Raincrest Dr McKinney, TX 75071 |
| Bryan B Pierce | 2613 Ormand Pl Bossier City, LA 71111 |
| Carl Davis Jr | 402 Clarance McQueen Rd Camden, TX 75934 |

Exhibit F

| Employee | Address |
| --- | --- |
| Carl E Barker | 1803 Fargo Drive Fayetteville, NC 28304 |
| Carlos Montemayor | 101 S. Tovar St San Diego, TX 78384 |
| Carmel Martinez | 3544 Angelita Drive Odem, TX 78370 |
| Casey Campbell | 574 Woodland Park Rd. Stonewall, LA 71078 |
| Casey D. Herron | 508 S. Harrison St Stuart, IA 50250 |
| Cathy Jo Suarez | 14558 FM 3089 Sinton, TX 78387 |
| Chad A Davis | 8168 Myrtlewood Greenwood, LA 71033 |
| Charles Duff | 2718 Vancouver Corpus Christi, TX 78414 |
| Charles Epps | 2306 Buford St Corpus Christi, TX 78405 |
| Charles Francis | 3826 Brookhill Dr Corpus Christi, TX 78410 |
| Charles Hall | 673 Crippen Rd. Huntington, TX 75949 |
| Charles T Silvas | 6022 Oriental Avenue Corpus Christi, TX 78414 |
| Christopher Brown | 807 Magnolia St Refugio, TX 78377 |
| Christopher Castillo | 207 E. Jeter Refugio, TX 78377 |
| Christopher R Lopez | 3806 San Roque Crk Dr Corpus Christi, TX 78410 |
| Christopher Simmons | P O Box 1233 Orange Grove, TX 78372 |
| Christopher Siprian | P O Box 616 Freer, TX 78357 |
| Christopher Veliz | 500 W. Freeman APT# 3 Mathis, TX 78368 |
| Christopher Wells | 19674 County Road 172 Flint, TX 75762 |
| Claro Lopez | 311 Rose St Yoakum, TX 77995 |
| Claudio R Cisneros | 11402 Willowood Creek Corpus Christi, TX 78410 |
| Claudio Veliz Jr | P O Box 272 Mathis, TX 78368 |
| Cody M Labat | 906 Dunbar St Refugio, TX 78377 |
| Colby Brock | 252 Patton Ln Sandia, TX 78383 |
| Collins R Ganson | 602 Tutt Ave Taft, TX 78390 |
| Conor M Gerrity | 1168 Oakwood Ln Westerville, OH 43081 |
| Cordero Howard | 6742 Keithville Springridge Rd Keithville, LA 71047 |
| Cory Petersen | 138 West Lane Sandia, TX 78383 |
| Cory W Labat | 1701 Ennis Joslin Rd Apt # 917 Corpus Christi, TX 78412 |
| Coye Baker | 6612 Orchard Ave Edinburg, TX 78542 |
| Crecensio Acuna | 1237 Calle San Lucas Corpus Christi, TX 78417 |
| Cuauhtemoc Haro | P O BOX 804 Orange Grove, TX 78372 |
| Dakota Sims | 4273 Clear Fork Dr Corpus Christi, TX 78410 |
| Daniel Corona | 308 N. Seguin St San Diego, TX 78384 |
| Daniel Davila | 4401 Weiskopf Ln Corpus Christi, TX 78413 |
| Daniel E Sanchez | 1901 Villegas Alice, TX 78332 |
| Daniel Narvaez | 412 W FM Rd 1418 Falfurrias, TX 78355 |
| Daniel Salazar | 704 Gracia Street George West, TX 78022 |
| Danny Herrera | 215 First St Tynan, TX 78391 |
| Darin Osborn | 918 McDonald Street #7 Corpus Christi, TX 78418 |
| Darren Berg | 2461 W 42nd Casper, WY 82604 |
| David Almaraz | 1103 Dewey Alice, TX 78332 |
| David J Bryson | 1036 East 4th Street Alice, TX 78332 |
| David Medrano | P O Box 1172 Orange Grove, TX 78372 |
| David Moreno | 110 S. Live Oak Mathis, TX 78368 |
| David Watkins | 57741 Benjamin Rd Slidell, LA 70460 |
| Debra G. Barraza | 308 E. Hackberry Mathis, TX 78368 |

| Employee | Address |
|---|---|
| Demetrio Alvarez | 242 Davids Rd Taft, TX 78390 |
| Dennis Vasquez | 1204 E. Huntington Beeville, TX 78102 |
| Derald W Torno | 110 Broken Arrow Sandia, TX 78383 |
| Derek Cotrone | P O Box 2508 Trinity, TX 75862 |
| Desantos Doomes | 215 W Bailey Refugio, TX 78377 |
| Devin R Saenz | 6 Villanueva Ln Rio Grande City, TX 78582 |
| Dexter Williams | 5985 US Hwy 79 N Deberry, TX 75639 |
| Diamante Luera | 103 E North Ave San Diego, TX 78384 |
| Dustin Allen | 9435 Normandie Dr Shreveport, LA 71118 |
| Dustin Hegge | 14026 Burke Forest Dr Houston, TX 77070 |
| Dylan Buckner | 10914 Stacy Lane Corpus Christi, TX 78410 |
| Dylan J Anzaldua | 2900 A lexington Beeville, TX 78102 |
| Eddy Lillis | 16018 Northwest Blvd Robstown, TX 78380 |
| Eduardo Bernal | 924 W Avenue F Kingsville, TX 78363 |
| Edward Chairez | 2933 Aspen Ave Greeley, CO 80631 |
| Eli M Crawford | P O Box 894 Groveton, TX 75845 |
| Enrique Sanchez | 82 N. Highland Dr Sanger, TX 76266 |
| Eric L Helton | 3423 Windmill Ct Evans, CO 80620 |
| Ernest J Mason | 258 FM 136 Woodsboro, TX 78393 |
| Estela Wall | P O Box 155 Sandia, TX 78383 |
| Estevan Ayala | 303 E. Hackberry Mathis, TX 78368 |
| Eugenio V Perez | 707 Moreno Mathis, TX 78368 |
| Fermin Tiblier | 2117 Suarez Alice, TX 78332 |
| Fernando Trevino Jr | P O Box 254 Premont, TX 78375 |
| Francisco M Ovalle | 11926 Black Peak Dr Corpus Christi, TX 78410 |
| Fred Velasquez | 2235 Rosita Valley Rd Eagle Pass, TX 78852 |
| Gabriel Soliz | 5997 Yucca Trail Beeville, TX 78102 |
| George Moron | 300 Concho Street Tynan, TX 78391 |
| Gerald Hall | P O Box 1412 Groveton, TX 75845 |
| Gerardo Guerrero | 10500 Mile 1 1/2 E Mercedes, TX 78570 |
| Gilbert Gonzales | 153 Fairgrounds Rd Refugio, TX 78377 |
| Gilbert Hughes | P O Box 615 San Diego, TX 78384 |
| Gilbert Mendieta II | 618 Philomena Corpus Christi, TX 78412 |
| Gilbert Olivarez | 701 East Huntington Beeville, TX 78102 |
| Gonzalo Y Quintero III | 2727 Lamar St Corpus Christi, TX 78405 |
| Gregorio Martinez Jr | 311 Main Street Odem, TX 78370 |
| Gregorio V Martinez | P O Box 1565 Odem, TX 78370 |
| Guadalupe Marin | P O Box 984 Odem, TX 78370 |
| Guillermo Perez | 14510 Clementine Court San Antonio, TX 78254 |
| Henry Everett | P O Box 1813 San Diego, TX 78384 |
| Imelda Vasquez | 218 E. CR 303 Orange Grove, TX 78372 |
| Isaac Salinas | 10665 IH 37 Access Rd Mathis, TX 78368 |
| Isidoro D Covarrubia | 4309 Tumbleweed Trail Midland, TX 79707 |
| Israel Pena | 407 Olive Street Orange Grove, TX 78372 |
| Jackie L Finke | 400 John Wesley Blvd. Apt.#143 Bossier City, LA 71112 |
| Jacob Perez | 1004 W. San Patricio Mathis, TX 78368 |
| James S Harvey | 907 N. Arkansas Street Springhill, LA 71075 |

Exhibit F

| Employee | Address |
|---|---|
| James Wilkinson | 259 CR 4614 Castroville, TX 78009 |
| Jamie Warren | 18861 FM 850 Arp, TX 75750 |
| Jared M Gonzales | 405 N. Indianola Cuero, TX 77954 |
| Jason Avery | 10607 Hwy 287 S Pennington, TX 75856 |
| Jason Rosales | 107 Moffitt St Yoakum, TX 77995 |
| Javier Gil | P O BOX 988 Orange Grove, TX 78372 |
| Javier Soliz | P O Box 702 San Diego, TX 78384 |
| Jed H Brown | 306 Olympic Portland, TX 78374 |
| Jeffery A Schmidt | 16845 W. Maglitto Circle Tomball, TX 77377 |
| Jeffrey Alonge | 6229 Hartack Cir Corpus Christi, TX 78417 |
| Jeffrey January | 1814 E. FM 624 Orange Grove, TX 78372 |
| Jesse Jimenez | 18221 Gomez Rd Odem, TX 78370 |
| Jesus DeLeon | 115 W. Mesquite Mathis, TX 78368 |
| Jesus Ortiz | 307 CR 160 Alice, TX 78332 |
| Jesus Ramon | 901 Martinez St Robstown, TX 78380 |
| Jimmy W Nava | 4266 Hackberry St Mathis, TX 78368 |
| Joe R Stacy | 502 E. Viggo St Hebbronville, TX 78361 |
| Joe Waggoner | 169 Quail Trail Stonewall, LA 71078 |
| Joel Garcia | 5505 Warbonnet Robstown, TX 78380 |
| Joel Liserio | 106 S. Seventh Street Mathis, TX 78368 |
| John Almanza | 242 Davis Rd Taft, TX 78390 |
| John Amparano | 468 CR 3073 Orange Grove, TX 78372 |
| John J Mihall | 106 Luke Park Circle Mathis, TX |
| John P Moreno | 3325 Hampton Dr Corpus Christi, TX 78414 |
| Jole Niemann | 149 Stehle Rd Goliad, TX 77963 |
| Jonathan Carter | 3625 Green Gordon Rd Aliquippa, PA 15001 |
| Jonathan Juarez | 4009 Seymour Apt #2 Laredo, TX 78041 |
| Jonathan W Morgan | 241 Starboard Circle Gun Barrel City, TX 75147 |
| Jose D Cavazos | 1715 Triangle Dr Alice, TX 78332 |
| Jose DeLeon | 4702 Ranch Rd Robstown, TX 78380 |
| Jose Delgado Jr | 5412 McAllen Ln Zapata, TX 78076 |
| Jose F Gonsalez Jr | 2154 Village Drive Milliken, CO 80543 |
| Jose J Esquivel | 100 W. Ave F Robstown, TX 78380 |
| Jose L Zavala | 176 Brown Lane Mathis, TX 78368 |
| Jose Luna Jr | 2721 Nogales Corpus Christi, TX 78405 |
| Jose R Cruz | 111 Escobar Alice, TX 78332 |
| Jose R Galvan | 406 W. King Ave San Diego, TX 78384 |
| Jose Yepez | 1118 Co Rd 336 Alice, TX 78332 |
| Joseph Dobbs | 12 Pleasant Ridge Sub Laurel, MS 39443 |
| Joseph Pilcher | 638 Lesa Ln Stonewall, LA 71078 |
| Joseph R Soliz | 152 Snow Owl Hollow Buda, TX 78610 |
| Joshua A. Nutter | 4560 Greenwood Mooringsport Rd Greenwood, LA 71033 |
| Joshua Garces | 11645 Blanchard Atascosa, TX 78002 |
| Joshua Pena | 609 E. Plasuela Refugio, TX 78377 |
| Joshua R Johnson | 108 Russell Farm Rd Ruston, LA 71270 |
| Juan A Ramirez | 5406 Nevera Loop Laredo, TX 78043 |
| Juan B Flores III | 811 E. St Charles Ave San Diego, TX 78384 |

Exhibit F

| Employee | Address |
|---|---|
| Juan J Gomez | 212 S. Rigma Hebbronville, TX 78361 |
| Juan M Diaz Jr | 4645 Ocean Dr. Apt 9F Corpus Christi, TX 78412 |
| Juan Pacheco | 508 Rachel St. P O  Box 115 Odem, TX 78370 |
| Juan Zambrano (EMP) | P O Box 248 Mathis, TX 78368 |
| Julian H Segura | 2228 E Mile 11 N Weslaco, TX 78596 |
| Justin A Golla | 2441 Hwy 1069 N Apt#2 Aransas Pass, TX 78336 |
| Justin K Wars | P O Box 21 Groveton, TX 75845 |
| Justin Whitmire | 222 Youpon Street Pineland, TX 75968 |
| Karen K Mason | P O Box 1095 531 Walnut Drive Bellville, TX 77418 |
| Keene Palacios | 1103 N. Juarez St Rio Grande City, TX 78582 |
| Kyle Everett | 1641 Nile Dr. Apt No. 222 Corpus Christi, TX 78412 |
| Kyle Tauzin | 1556 Grey Lake Drive Princeton, LA 71067 |
| Lamar Dale | 14 Meadow Oaks Ct N Little Rock, AR 72118 |
| Lazaro Cardenas | 917 E. Calvert Ave Karnes City, TX 78118 |
| Leopoldo Perez | 702 W. Collins San Diego, TX 78384 |
| Leticia Lopez | 8911 Mcpherson Rd #4D Laredo, TX 78045 |
| Lionel Rodriguez | 402 E. Gray San Diego, TX 78384 |
| Lonnie Edwards | 1707 Aquarena Springs Dr. # 214 San Marcos, TX 78666 |
| Louis Espinoza | 1000 East Cain Mathis, TX 78368 |
| Louis H Espinoza | 302 Palm Tree Dr Mathis, TX 78368 |
| Lucas Nieto | 10593 IH 37 Mathis, TX 78368 |
| Magdaleno Sandoval | 109 N. Perez Mathis, TX 78368 |
| Manuel I Vasquez | 9814 Roan Lodge San Antonio, TX 78251 |
| Manuel Ramirez | P O Box 23 Bruni, TX 78344 |
| Marco D Gonzalez | P O Box 313 Falfurrias, TX 78355 |
| Marcos O Cadena | 2669 Calle Principal Mesilla, NM 88046 |
| Marcus Young | 7433 Hwy 84 Mansfield, LA 71052 |
| Matthew Cuellar | 415 S. Nueces Mathis, TX 78368 |
| Matthew J Schmidt | 7505 Lourdes St Corpus Christi, TX 78414 |
| Matthew Noack | 7133 US HWY 287 S Crockett, TX 75835 |
| Maximo Trejo | P O Box 1858 Bandera, TX 78003 |
| Melodie Wallace | 23072 CR 1092 Mathis, TX 78368 |
| Michael B. Ortiz | P O Box 1274 Odem, TX 78370 |
| Michael Colvin | 4607 Timberglen Rd Apt# 2718 Dallas, TX 75287 |
| Michael Delgado | P O Box 1781 Beeville, TX 78104 |
| Michael Hughes | 2209 Bobby K Marks Dr Huntsville, TX 77340 |
| Michael Hutchins (Correct) | 12530 Sableleaf Dr Cypress, TX 77429 |
| Michael J Lozano | 1029 Illinois St Robstown, TX 78380 |
| Michael Jacobe | 802 Princeton Ave Bossier City, LA 71112 |
| Michael Moreno | 214 N. Atascosa St Mathis, TX 78368 |
| Michael Perez | 606 Vaky Street Corpus Christi, TX 78404 |
| Michael W Tolentino | 4217 Canyon St Corpus Christi, TX 78410 |
| Michael W. Tolentino | |
| Michelle J Parkin | 805 Hamilton Sinton, TX 78387 |
| Miguel A. Rivera Jr | 1812 Alamo St Zapata, TX 78076 |
| Miguel Trevino | 840 Cliff Dr Portland, TX 78374 |
| Mike A Garcia | 2487 Wofford Lane Beeville, TX 78104 |

Exhibit F

| Employee | Address |
|---|---|
| Mitchell W Domingue | 17655 Henderson Pass #632 San Antonio, TX 78232 |
| Moses Aguilar | P O Box 1126 Orange Grove, TX 78372 |
| Nathan Wilson | 431 Slattery Blvd Shreveport, LA 71104 |
| Nicholas Flores | 5816 CR 101 Sandia, TX 78383 |
| Nicolas Bazan | 1740 N FM 738 Orange Grove, TX 78372 |
| Noel Martinez | 107 N. Archer Beeville, TX 78102 |
| Omar D Garcia | 1242 Catherine Dr Alice, TX 78332 |
| Orlando Cantu | 716 E. Dove St San Juan, TX 78589 |
| Orlando Lazos Jr | 1136 CR 336 ALICE, TX 78332 |
| Oscar Hernandez | 705 Lopez St George West, TX 78072 |
| Ovidio Guerra | 1212 N. Hickory Hebbronville, TX 78361 |
| Patrick A Taylor | 115 Sierra Trail Justin, TX 76247 |
| Paul R Villanueva | 3768 S. Port Ave Corpus Christi, TX 78415 |
| Pedro Garcia | 3208 W. Magnolia Elms Dr Pearland, TX 77584 |
| Pedro Gonzales Jr. | P O Box 994 21316 CR 798 Mathis, TX 78368 |
| Quantrell Walker | 237 Pilgrim Rest Rd Doyline, LA 71023 |
| Ralph D Garcia | 501 Daffodil McAllen, TX 78501 |
| Ramiro Jr Barron | 857 Quetzal #2 Corpus Christi, TX 78418 |
| Ramon Garcia | 613 E. Avenue G Robstown, TX 78380 |
| Ramon Garza | 4641 Cosner Dr Corpus Christi, TX 78415 |
| Ramon Sandoval | 105 N. 8th Street Mathis, TX 78368 |
| Randy Harvey | 207 East Jeter Refugio, TX 78377 |
| Randy Jimenez | 1728 Ave B Mathis, TX 78368 |
| Randy Martinez | 206 Elaine Rd. Apt. B San Antonio, TX 78222 |
| Raul Castillo | 316 Retama Dr. Robstown, TX 78380 |
| Ray King | 511 Dunbar St Refugio, TX 78377 |
| Ray T Warner | 806 Winchester Drive Fort Collins, CO 80524 |
| Raymond A Mayle | 93 Butterbean Ridge Rd Philo, OH 43771 |
| Raymond Flores | 319 Ave C Taft, TX 78390 |
| Raymond Tolentino | 3800 Perrin-Central Apt # 322 San Antonio, TX 78217 |
| Rene Rubalcava | P O Box 1085 San Diego, TX 78384 |
| Rene Rubalcava Jr. | 207 West 1st San Diego, TX 78384 |
| Reyes Livar | 21316 CR 798 Mathis, TX 78368 |
| Reyes R Silguero Jr | P O Box 501 1312 W. Viggo Hebbronville, TX 78361 |
| Reynaldo R Sanchez | 301 West King Street Alice, TX 78332 |
| Ricardo H Burrell | 20318 Rice Wood Village Trail Katy, TX 77449 |
| Ricardo Munoz | P O Box 1484 Orange Grove, TX 78372 |
| Richard Beardsley | 8891 Sugarland Dr Apt# 12201 Shreveport, LA 71115 |
| Richard Bradley | 2920 2nd Street Pleasanton, TX 78064 |
| Richard E Lee | 365 Co Rd. 373 Sandia, TX 78383 |
| Richard Echavarria | 319 N. Bee Mathis, TX 78368 |
| Ricky Rodriguez | 1415 Birdlane Beeville, TX 78102 |
| Rito Sanchez | P O Box 2206 Orange Grove, TX 78372 |
| Robert S Murphy | 541 CR 102 Floresville, TX 78114 |
| Robert Vasquez Jr | P O Box 1974 Orange Grove, TX 78372 |
| Rocky F Eyler | 2733 Summer Ridge Corpus Christi, TX 78414 |
| Rodney Corolla | 1539 Waterstone Pkwy Boerne, TX 78006 |

Exhibit F

| Employee | Address |
|---|---|
| Rodolfo Jr Olivarez | 11606 CR 647 Mathis, TX 78368 |
| Rodrigo Tarango Jr | P O Box 635 Freer, TX 78357 |
| Roel E Trejo | 1146 Lucero Street Alice, TX 78332 |
| Rolando Cadena | 186 CR 446 Alice, TX 78332 |
| Ross T Jurecek | 4021 Woodriver Dr Corpus Christi, TX 78410 |
| Ruben Gonzalez Jr | 305 Jennifer Loop # 13 Orange Grove, TX 78372 |
| Ruben Gutierrez | 106 A. Irene St Sandia, TX 78373 |
| Ruben J Rodriguez | 1004 W. Kohler St Hebbronville, TX 78361 |
| Ruben Lopez | 290 County Rd 3053 Orange Grove, TX 78372 |
| Ruby R Rodriguez | 506 S. Rio Mathis, TX 78368 |
| Rusty Eichman | 4725 Vail St Corpus Christi, TX 78413 |
| Ryan Marin | 134 E. Humphries P O Box 984 Odem, TX 78370 |
| Samuel Olivarez | 2628 Old St Marys Rd Beeville, TX 78102 |
| Santos Ramirez | P O Box 6004 Corpus Christi, TX 78466 |
| Sergio Laurel | P O Box 121 Linn, TX 78563 |
| Sergio R Garza | 857 County Rd 354 Orange Grove, TX 78372 |
| Shawn Huddleston | 707 Len Court Shreveport, LA 71104 |
| Shelton R LeBlanc | 6610 Chantalle Dr Katy, TX 77449 |
| Simon Benavides III | 6711 Enchanted Crest Dr Katy, TX 77449 |
| Sonya S Garza | 857 CR 354 Orange Grove, TX 78372 |
| Stanley Walker | 4723 Branching Bay San Antonio, TX 78259 |
| Stephanie M Pena | 10201 Shane Dr. Unit A Corpus Christi, TX 78410 |
| Stephen Barraza {HotShot} | 308 E. Hackberry Mathis, TX 78368 |
| Steve Cantu Jr | 711 Glen Oak Dr. Apt. 806 Corpus Christi, TX 78418 |
| Steve Martinez | 1810 Emily Dr. Beeville, TX 78102 |
| Steven Borque | |
| Steven Bourque | 3906 Scenic Dr Shreveport, LA 71119 |
| Steven Graham | 10320 Upriver Rd Corpus Christi, TX 78410 |
| Tad Wadley | 113 North Trail Sandia, TX 78383 |
| Tanner Hobbs | P O Box 65693 Lubbock, TX 79464-5693 |
| Taylor Shoemake | 225 Wise Ave Orange Grove, TX 78372 |
| Timothy Thorn | 7100 CR 4167 Taft, TX 78390 |
| Tomas S  Ybarra | 1002 S. Bluebonnet Mathis, TX 78368 |
| Trenton Schulze | 1400 Alta Vista Alice, TX 78332 |
| Victor Ballez | 925 Nandina Corpus Christi, TX 78409 |
| Vincent Sarate | P O Box 600 Banquete, TX 78339 |
| Waylon G Smith | 6525 Poverty Ridge Rd Blue Rock, OH 43720 |
| Weldon W Kemp | 5317 Riverview Dr Robstown, TX 78380 |
| Wendy Moore | 8711 Dew Ridge Boerne, TX 78015 |
| William G Shrout | 910 Fasken Blvd Apt# 2327 Laredo, TX 78045 |
| Willie Washington | 200 West Wilkins Rd Gladewater, TX 75647 |
| Winston Brown | 2501 E. Mockingbird Lane Apt# 3201 Victoria, TX 77904 |
| Zachary D Hammond | 2316 Armstrong Aransas Pass, TX 78336 |

| Fill in this information to identify the case: |
|---|

Debtor name    **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-51110-cag**

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Month to month lease of storage unit** | |
|    State the term remaining    **month to month** | **Deluxe Properties** |
|    List the contract number of any government contract | **14242 Northwest Blvd.** **Corpus Christi, TX 78410** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **See attached list of equipment Exhibit G** | |
|    State the term remaining | **G5S Energy Services, LLC** |
|    List the contract number of any government contract | **857 CR 354** **Orange Grove, TX 78372** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of 70081 Batesville Raod, Quaker City, OH** | |
|    State the term remaining    **Lease ends in January 2017** | **Hillside Farms, LLC** |
|    List the contract number of any government contract | **18787 Cadiz Road** **Lore City, OH 43755** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of yard in Mathis for Office Yard and for secure storage of most equipment; month to month; no rent** | |
|    State the term remaining | **Homer Garza** |
|    List the contract number of any government contract | **170 Zenna Drive** **Mathis, TX 78368** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **J P S Completion Fluids, Inc.** | | Case number *(if known)* | **16-51110-cag** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 64752 McFarlin Rd., Cambridge, OH 43725** | |
|---|---|---|---|
| | State the term remaining | **Lease ends December 2016** | **Kevin Riley 74 Lincoln Rd. Norwich, OH 43767** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2730 Viginia Dale Drive, Fort Collins, CO 80521** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **The Osprey's Dream, LLC 229 McSkimming Road Aspen, CO 81611** |
| | List the contract number of any government contract | | |

**EXHIBIT G**

**RV**

| | | | | | |
|---|---|---|---|---|---|
| RV01 | | Puma | | 4X4TPUG29AP027496 | 5NY887 |

**Mixing Plants**

| | | | | | |
|---|---|---|---|---|---|
| MXP01 | 2009 | GOOS | GOOS | TR200864 | 13658Z |
| MXP11 | 2011 | LEGE | | 5D3BG3529BE103925 | W66490 |
| MXP14 | 2013 | LEGE | | 5D3BG3527DE104347 | 13677Z |
| MXP16 | 2014 | TEXA | FT8 | 1B9K2RGT3EB624482 | 13687Z |
| MXP17 | 2014 | LEGE | | 5D3BG3521EE104572 | 13690Z |
| MXP18 | 2014 | LEGE | | 5D3BG352XEE104571 | 13689Z |

**Filter Pods**

| | | | | | |
|---|---|---|---|---|---|
| CF22 | Filter Pod | 2013 | SHOP | Utility | TR208562 | 97106M |
| CF41 | Filter Pod | 2010 | C&M | | 5VNBU1228AT087612 | 97070M |
| CF42 | Filter Pod | 2005 | CM | | 1CAPT16225T024180 | 97159M |

**Goosenecks**

| | | | | | |
|---|---|---|---|---|---|
| CF06 | Chemical Trailer | 2013 | C&M | Gooseneck | 5VNGN2529DT107391 | 84023P |
| CF09 | Chemical Trailer | 2005 | HFTY | | 5NKGU40245P001542 | 20403D |

**Bumper Pulls**

| | | | | | |
|---|---|---|---|---|---|
| CF03 | Chemical Trailer | 2010 | C&M | | 5VNBU2023AT086215-Bumperpull | 42124F |
| CF26 | Chemical Trailer | 2014 | C&M | | 5VNBU2026ET12979--Bumper pull | 647560H |
| DH01 | | 2013 | C&M | 7x16 | 5VNBU1624DT108115 | 026123H |

**Enclosed Trailers**

| | | | | | |
|---|---|---|---|---|---|
| CF18 | Chemical Trailer | 2012 | H&H | 16 Footer | 533TC1625CC215876 | 97217M |
| CF19 | Chemical Trailer | 2012 | H&H | 16 Footer | 533TC1627CC215877 | 97218M |

**Vehicles**

| | | | | | | |
|---|---|---|---|---|---|---|
| 124 | 2015 | Dodge | 3500 | 3C7WRTAL5FG649049 | K046434 | ALLY |
| 125 | 2015 | Dodge | 3500 | 3C7WRTCL2FG690638 | K046435 | ALLY |
| 126 | 2015 | Dodge | 3500 | 3C7WRTCLXFG672016 | K046436 | ALLY |
| 127 | 2015 | Dodge | 1500 | 1C6RR7LT5FS711760 | GLH3715 | ALLY |
| 128 | 2015 | Dodge | 2500 | 3C6MR5AL2FG685661 | | CHRYSLER |
| 129 | 2015 | Dodge | 3500 | 3C7WRTCL2FG672012 | K046453 | CHRYSLER |
| 130 | 2015 | Dodge | 3500 | 3C7WRTCL6FG672014 | K046454 | CHRYSLER |
| 131 | 2015 | Dodge | 5500 | 3C7WRNEL2GG200550 | K046455 | CHRYSLER |
| 0037 | 2011 | Chevy | Silverado | 1GC1KXC81BF123976 | BY90276 | |

**Fill in this information to identify the case:**

Debtor name __J P S Completion Fluids, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __16-51110-cag__

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Pedro Gonzales, Jr.** | **P.O Box 994 Mathis, TX 78368** | **United Rentals** | ☐ D _____ <br> ■ E/F __3.79__ <br> ☐ G _____ |
| 2.2 | **Pedro Gonzales, Jr.** | **P.O Box 994 Mathis, TX 78368** | **Texas Champion Bank** | ■ D __2.16__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Pedro Gonzales, Jr.** | **P.O Box 994 Mathis, TX 78368** | **Mathis Custom Automotive, LLC** | ☐ D _____ <br> ■ E/F __3.46__ <br> ☐ G _____ |
| 2.4 | **Pedro Gonzales, Jr.** | **P.O Box 994 Mathis, TX 78368** | **Texas Champion Bank** | ■ D __2.17__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Sergio Garza** | **857 County Road 354 Orange Grove, TX 78372** | **Texas Champion Bank** | ■ D __2.16__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(if known)* | **16-51110-cag** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Sergio Garza**<br>**857 County Road 354**<br>**Orange Grove, TX 78372** | **Mathis Custom**<br>**Automotive, LLC** | ☐ D _____<br>■ E/F  **3.46**<br>☐ G _____ |
| 2.7 | **Sergio Garza**<br>**857 County Road 354**<br>**Orange Grove, TX 78372** | **Texas Champion**<br>**Bank** | ■ D  **2.17**<br>☐ E/F _____<br>☐ G _____ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com