**Fill in this information to identify the case:**

Debtor name  **J P S Completion Fluids, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-51110-cag**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$870,594.14** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$24,015,686.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$6,445,998.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **J P S Completion Fluids, Inc.**                        Case number *(if known)*  **16-51110-cag**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.　**See attached Exhibit SOFA-3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.　**G5S Energy Services, LLC**<br>**857 CR 354**<br>**Orange Grove, TX 78372**<br>**Affiliate** | **3/29/2016** | **$750.00** | **G5S purchased a desk, 2 computers, printer, 3 chairs and 4 filing cabinets from Debtor.** |
| 4.2.　**See Exhibit SOFA-4** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Cyclone Supply Company, Inc.**<br>**P.O. Box 706**<br>**Dover, OH 44622** | **Oilfield Specialty equipment** | | **$400,000.00** |
| **MIC Transporting, LLC**<br>**505 Mesquite St.**<br>**Refugio, TX 78377** | **plug catcher** | **September 2015** | **$50,000.00** |
| **Enterprise Fleet Management Trust**<br>**Customer Billing**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180-0089** | **Leased vehicles** | **November-December 2015** | **$0.00** |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Texas Champion Bank**<br>**P.O. Box 270550**<br>**Corpus Christi, TX 78427** | **Setoff of Debtor funds on deposit**<br>Last 4 digits of account number: ___7858___ | **5/6/2016** | **$646,957.72** |

---

| Debtor | J P S Completion Fluids, Inc. | Case number *(if known)* **16-51110-cag** |
|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cyclone Supply Co., Inc. v. JPS Completion Fluids, Inc.**<br>**Case No. 2015 CV 06 0383** | **Suit on account** | **Court of Common Pleas, Tuscarawas Co OH**<br>**101 E High Ave., #205**<br>**New Philadelphia, OH 44663** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **OilfieldLodging.com, LLC v. JPS Completion Fluids, Inc.**<br>**Cause No. C-1-CV-15-006619** | **Suit on account** | **County Court # 2. Travis County Texas**<br>**P.O. Box 1748**<br>**Austin, TX 78767** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Adolofo Bazan v. JPS Completion Fluids, Sergio Garza, Sonya Garza and Pedro Gonzales Jr.**<br>**2:16-cv-0008** | **Wage litigation** | **United States District Court, SD of TX**<br>**1133 North Shoreline**<br>**Corpus Christi, TX 78401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Beka, LLC v. JPS Completion Fluids, Inc.**<br>**S-16-5290CV-B** | **Collection** | **District Court of San Patricio Co., TX**<br>**P.O. Box 1084**<br>**Sinton, TX 78387** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Randy Martinez, Individually and on behalf of All Other Similarly Situated v. JPS Completion Fluids, Inc.**<br>**5:16-cv-035** | **Wage litigation** | **US District Court, Western Dist. of TX**<br>**San Antonio Division**<br>**655 E. Cesar E. Chavez Blvd., Room G65**<br>**San Antonio, TX 78206** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Martinez v. JPS Completion Fluids, Inc.**<br>**2:15-cv-00052** | **Wage litigation** | **US District Court, Southern Dist. of TX**<br>**1133 N. Shoreline**<br>**Corpus Christi, TX 78401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Martinez v. JPS Completion Fluids, Inc., et al**<br>**5:16-cv-00438-DAE** | **Wage litigation** | **US District Court, Western Dist. of TX**<br>**655 E. Cesar E. Chavez Blvd., Room G65**<br>**San Antonio, TX 78206** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

---

Debtor  **J P S Completion Fluids, Inc.**                                    Case number *(if known)*  **16-51110-cag**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

□ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Stolen personal property in Mathis: plug catcher, dump choke, hydraulic manifold, 4 ffm tees, 2x2 plug valve, 1/2 plug valve, high pressure sensor, 2' pup joint** | | **9/25/2015** | **$179,060.00** |
| **Stolen property in Ohio** | | | **$400,000.00** |
| **Fraudulently obtained property by Empire Fluids Solutions** | | | **$15,000.00** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **Fee advances** | **10/15/2015-$20,000.00 12/22/2015-$25,000.00 2/5/2016-$100,000.00** | **$145,000.00** |
| | **Email or website address www.jhwclaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor  **J P S Completion Fluids, Inc.**                                                Case number *(if known)*  **16-51110-cag**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **payment of monthly bill from fee advance** | **10/30/15** | **$18,913.50** |
| | Email or website address www.jhwclaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **payment of monthly bill from fee advance** | **1/4/2016** | **$20,922.02** |
| | Email or website address www.jhwclaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **payment of monthly bill from fee advance** | **2/25/2016** | **$11,382.50** |
| | Email or website address www.jhwclaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **payment of monthly bill from fee advance** | **3/30/2016** | **$11,382.50** |
| | Email or website address www.jhwclaw.com | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor **J P S Completion Fluids, Inc.**    Case number *(if known)* **16-51110-cag**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.6. **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **payment of monthly bill from fee advance** | **5/4/2016** | **$14,243.53** |
| **Email or website address www.jhwclaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.7. **Jordan Hyden Womble Culbreth & Holzer PC 500 North Shoreline, Suite 900 Corpus Christi, TX 78401** | **payment of monthly bill from fee advance** | **5/11/2016** | **$18,350.00** |
| **Email or website address www.jhwclaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Armando Vasquez 218 E. Co. Rd. 303 Orange Grove, TX 78372** | **Truck title** | **2/19/2016** | **$0.00** |
| **Relationship to debtor Uncle of Vice President Sergio Garza** | | | |
| 13.2. **Houston Chemical P.O. Box 1183 Cypress, TX 77410** | **Invalid lien** | **2/2/2016** | **$0.00** |
| **Relationship to debtor creditor** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | J P S Completion Fluids, Inc. | Case number (if known) | 16-51110-cag |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | MOG Resources P.O. Box 1846 Orange Grove, TX 78372 | Invalid lien | 2/8/16 | $0.00 |
| | Relationship to debtor creditor | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(if known)* **16-51110-cag** |
|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Deluxe Properties**<br>**14242 Northwest Blvd.**<br>**Corpus Christi, TX 78410** | **Sergio Garza**<br>**857 County Road 354**<br>**Orange Grove, TX 78372**<br><br>**Sonya Garza**<br>**857 County Road 354**<br>**Orange Grove, TX 78372**<br><br>**Pedro Gonzales, Jr.**<br>**P.O Box 994**<br>**Mathis, TX 78368** | **Truck** | ☐ No<br>■ Yes |
| **Pedro Gonzales, Jr.**<br>**P.O Box 994**<br>**Mathis, TX 78368** | **Pedro Gonzales, Jr.**<br>**P.O Box 994**<br>**Mathis, TX 78368** | **Bulldozer** | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | J P S Completion Fluids, Inc. | Case number *(if known)* | 16-51110-cag |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.  **Adamson & Company, LLC**<br>**701 Ayers St.**<br>**Corpus Christi, TX 78404** | **2008-present** |
| 26a.2.  **Sonya Garza**<br>**P.O. Box 277**<br>**Mathis, TX 78368** | **2008-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  **Adamson & Company, LLC**<br>**701 Ayers St.**<br>**Corpus Christi, TX 78404** | |
| 26c.2.  **Sonya Garza**<br>**P.O. Box 277**<br>**Mathis, TX 78368** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | J P S Completion Fluids, Inc. | Case number *(if known)* **16-51110-cag** |
|---|---|---|

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Michael Ortiz & Debbie Barraza | 1/31/2016 | $420,031.95 cost basis |

| Name and address of the person who has possession of inventory records |
|---|
| Austin Adamson<br>701 Ayers St.<br>Corpus Christi, TX 78404 |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pedro Gonzales, Jr. | P.O Box 994<br>Mathis, TX 78368 | President; ownership interest | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sergio Garza | 857 County Road 354<br>Orange Grove, TX 78372 | Vice-President; ownership interest | 49% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See attached Exhibit SOFA-4 | | | |
| | **Relationship to debtor** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J P S Completion Fluids, Inc.** | Case number *(if known)* | **16-51110-cag** |

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 25, 2016**

**/s/ Sergio Garza**

Signature of individual signing on behalf of the debtor

**Sergio Garza**

Printed name

Position or relationship to debtor   **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

*J. F.'s Completion Fluids, Inc.*
*Exhibit SOFA 3*

| Date | | Name | Name Address | Credit |
|---|---|---|---|---|
| | | | | |
| 02/01/2016 | | Trenton Schulze | 1400 Alta Vista Alice, TX 78332 | 370.00 |
| 02/01/2016 | | Charles Francis | 3826 Brookhill Dr Corpus Christi, TX 78410 | 400.00 |
| 02/01/2016 | | Daniel E Sanchez | 1901 Villegas Alice, TX 78332 | 380.00 |
| 02/01/2016 | | Weldon W Kemp | 5317 Riverview Dr Robstown, TX 78380 | 380.00 |
| 02/01/2016 | | Collins R Ganson | 602 Tutt Ave Taft, TX 78390 | 380.00 |
| 02/02/2016 | | Guillermo Perez | 14510 Clementine Court San Antonio, TX 78254 | 375.00 |
| 02/02/2016 | | Guillermo Perez | 14510 Clementine Court San Antonio, TX 78254 | 80.00 |
| 02/02/2016 | | Javier Gil | P O BOX 988 Orange Grove, TX 78372 | 40.00 |
| 02/02/2016 | | Michael B. Ortiz | P O Box 1274 Odem, TX 78370 | 80.00 |
| 02/02/2016 | | Stephen Barraza {HotShot} | 308 E. Hackberry Mathis, TX 78368 | 40.00 |
| 02/02/2016 | | John  R. Werning | 229 McSkimming Road Aspen, CO 81611 | 2,000.00 |
| 02/04/2016 | | John  R. Werning | 229 McSkimming Road Aspen, CO 81611 | 300.00 |
| 02/04/2016 | | Wright Express | PO Box 6293 Carol Stream, IL 60197-6293 | 25,000.00 |
| 02/05/2016 | | Texas Champion Bank | | 15.00 |
| 02/08/2016 | | American Express | | 8,179.35 |
| 02/09/2016 | | Debra Barraza | | 1,000.00 |
| 02/09/2016 | | Heath Holloway | 6690 S. Robertsdale Way Aurora, CO 80016 | 7,000.00 |
| 02/09/2016 | | Sonya S Garza | 857 CR 354 Orange Grove, TX 78372 | 17,509.09 |
| 02/09/2016 | | Texas Champion Bank | | 10.00 |
| 02/11/2016 | | Ben Olliff Properties, LLC | P.O. Box 10861 Midland, Texas 79702 | 1,010.00 |
| 02/12/2016 | | American Express | | 2,787.52 |
| 02/12/2016 | | Guillermo Perez | 14510 Clementine Court San Antonio, TX 78254 | 375.00 |
| 02/15/2016 | | Greeley RV Park | 501 E. 27th Street Greeley, CO 80631 | 2,304.58 |
| 02/15/2016 | | Abel Martinez III | 1400 19th St Palmview, TX 78572 | 436.10 |
| 02/15/2016 | | Abel Perez | 401 Holloway Ave Raymondville, TX 78580 | 496.46 |
| 02/15/2016 | | Carlos Montemayor | 101 S. Tovar St San Diego, TX 78384 | 822.27 |
| 02/15/2016 | | Claro Lopez | 311 Rose St Yoakum, TX 77995 | 383.86 |
| 02/15/2016 | | Dustin Allen | 9435 Normandie Dr Shreveport, LA 71118 | 499.16 |
| 02/15/2016 | | David Watkins | 57741 Benjamin Rd Slidell, LA 70460 | 854.42 |
| 02/15/2016 | | Edward Chairez | 2933 Aspen Ave Greeley, CO 80631 | 493.57 |
| 02/15/2016 | | Eric L Helton | 3423 Windmill Ct Evans, CO 80620 | 536.60 |
| 02/15/2016 | | Fermin Tiblier | 2117 Suarez Alice, TX 78332 | 270.96 |
| 02/15/2016 | | Gerardo Guerrero | 10500 Mile 1 1/2 E Mercedes, TX 78570 | 606.18 |
| 02/15/2016 | | Gerald Hall | P O Box 1412 Groveton, TX 75845 | 559.34 |
| 02/15/2016 | | Joseph Pilcher | 638 Lesa Ln Stonewall, LA 71078 | 559.34 |
| 02/15/2016 | | Joseph R Soliz | 152 Snow Owl Hollow Buda, TX 78610 | 423.86 |
| 02/15/2016 | | Juan M Diaz Jr | 4645 Ocean Dr. Apt 9F Corpus Christi, TX 78412 | 466.08 |
| 02/15/2016 | | Juan B Flores III | 811 E. St Charles Ave San Diego, TX 78384 | 695.51 |
| 02/15/2016 | | Lazaro Cardenas | 917 E. Calvert Ave Karnes City, TX 78118 | 451.60 |
| 02/15/2016 | | Matthew Noack | 7133 US HWY 287 S Crockett, TX 75835 | 900.00 |
| 02/15/2016 | | Manuel I Vasquez | 9814 Roan Lodge San Antonio, TX 78251 | 888.01 |
| 02/15/2016 | | Matthew J Schmidt | 7505 Lourdes St Corpus Christi, TX 78414 | 700.00 |
| 02/15/2016 | | Michael Perez | 606 Vaky Street Corpus Christi, TX 78404 | 256.67 |
| 02/15/2016 | | Rodney Corolla | 1539 Waterstone Pkwy Boerne, TX 78006 | 1,401.46 |
| 02/15/2016 | | Ruben J Rodriguez | 1004 W. Kohler St Hebbronville, TX 78361 | 378.70 |
| 02/15/2016 | | Shawn Huddleston | 707 Len Court Shreveport, LA 71104 | 248.38 |
| 02/15/2016 | | Santos Ramirez | P O Box 6004 Corpus Christi, TX 78466 | 159.27 |
| 02/15/2016 | | Willie Washington | 200 West Wilkins Rd Gladewater, TX 75647 | 383.86 |
| 02/15/2016 | | Ben Olliff Properties, LLC | P.O. Box 10861 Midland, Texas 79702 | 850.00 |
| 02/15/2016 | | Kyle Tauzin | 1556 Grey Lake Drive Princeton, LA 71067 | 381.31 |
| 02/18/2016 | | Rodney Corolla | 1539 Waterstone Pkwy Boerne, TX 78006 | 225.82 |
| 02/18/2016 | | Juan M Diaz Jr | 4645 Ocean Dr. Apt 9F Corpus Christi, TX 78412 | 316.14 |
| 02/18/2016 | | Fermin Tiblier | 2117 Suarez Alice, TX 78332 | 429.04 |
| 02/18/2016 | | Willie Washington | 200 West Wilkins Rd Gladewater, TX 75647 | 316.14 |
| 02/18/2016 | | Joseph Pilcher | 638 Lesa Ln Stonewall, LA 71078 | 180.66 |
| 02/18/2016 | | Ruben J Rodriguez | 1004 W. Kohler St Hebbronville, TX 78361 | 361.30 |
| 02/18/2016 | | Joseph R Soliz | 152 Snow Owl Hollow Buda, TX 78610 | 316.14 |
| 02/18/2016 | | Abel Perez | 401 Holloway Ave Raymondville, TX 78580 | 361.30 |
| 02/18/2016 | | Abel Martinez III | 1400 19th St Palmview, TX 78572 | 293.56 |

# F F's Completion Fluids, Inc.
## *Exhibit SOFA 3*

| Date | | Name | Name Address | Credit |
|---|---|---|---|---|
| 02/18/2016 | | Claro Lopez | 311 Rose St Yoakum, TX 77995 | 316.14 |
| 02/18/2016 | | Eric L Helton | 3423 Windmill Ct Evans, CO 80620 | 248.40 |
| 02/18/2016 | | Gerald Hall | P O Box 1412 Groveton, TX 75845 | 180.66 |
| 02/18/2016 | | Gerardo Guerrero | 10500 Mile 1 1/2 E Mercedes, TX 78570 | 203.24 |
| 02/18/2016 | | Lazaro Cardenas | 917 E. Calvert Ave Karnes City, TX 78118 | 248.40 |
| 02/18/2016 | | Dustin Allen | 9435 Normandie Dr Shreveport, LA 71118 | 225.82 |
| 02/18/2016 | | Jose F Gonsalez Jr | 2154 Village Drive Milliken, CO 80543 | 564.50 |
| 02/18/2016 | | Texas Champion Bank | | 30.00 |
| 02/19/2016 | | Q Inc Rental | P.O. Box 88 Edroy, Texas 78352 | 355.27 |
| 02/19/2016 | | Lionel Rodriguez | 402 E. Gray San Diego, TX 78384 | 50.88 |
| 02/23/2016 | | American Express | | 6,292.57 |
| 02/25/2016 | | Green Mountain Energy | P.O. Box 328 Houston, TX 77001-0328 | 127.48 |
| 02/26/2016 | | David Watkins | 57741 Benjamin Rd Slidell, LA 70460 | 816.54 |
| 02/26/2016 | | ALLY | PAYMENT PROCESSING CENTER PO BOX 78234 PHOENIX, AZ | 900.89 |
| 02/29/2016 | | Abel Martinez III | 1400 19th St Palmview, TX 78572 | 768.02 |
| 02/29/2016 | | Abel Perez | 401 Holloway Ave Raymondville, TX 78580 | 700.00 |
| 02/29/2016 | | Carlos Montemayor | 101 S. Tovar St San Diego, TX 78384 | 740.00 |
| 02/29/2016 | | Charles Francis | 3826 Brookhill Dr Corpus Christi, TX 78410 | 700.00 |
| 02/29/2016 | | Collins R Ganson | 602 Tutt Ave Taft, TX 78390 | 289.56 |
| 02/29/2016 | | Claro Lopez | 311 Rose St Yoakum, TX 77995 | 700.00 |
| 02/29/2016 | | Daniel E Sanchez | 1901 Villegas Alice, TX 78332 | 700.00 |
| 02/29/2016 | | Dennis Vasquez | 1204 E. Huntington Beeville, TX 78102 | 940.00 |
| 02/29/2016 | | Dustin Allen | 9435 Normandie Dr Shreveport, LA 71118 | 700.00 |
| 02/29/2016 | | Edward Chairez | 2933 Aspen Ave Greeley, CO 80631 | 950.00 |
| 02/29/2016 | | Eric L Helton | 3423 Windmill Ct Evans, CO 80620 | 700.00 |
| 02/29/2016 | | Fermin Tiblier | 2117 Suarez Alice, TX 78332 | 700.00 |
| 02/29/2016 | | Gerardo Guerrero | 10500 Mile 1 1/2 E Mercedes, TX 78570 | 740.00 |
| 02/29/2016 | | Gerald Hall | P O Box 1412 Groveton, TX 75845 | 740.00 |
| 02/29/2016 | | Guillermo Perez | 14510 Clementine Court San Antonio, TX 78254 | 80.00 |
| 02/29/2016 | | Javier Gil | P O BOX 988 Orange Grove, TX 78372 | 40.00 |
| 02/29/2016 | | Joseph Pilcher | 638 Lesa Ln Stonewall, LA 71078 | 220.66 |
| 02/29/2016 | | Joseph R Soliz | 152 Snow Owl Hollow Buda, TX 78610 | 740.00 |
| 02/29/2016 | | Juan M Diaz Jr | 4645 Ocean Dr. Apt 9F Corpus Christi, TX 78412 | 700.00 |
| 02/29/2016 | | Juan B Flores III | 811 E. St Charles Ave San Diego, TX 78384 | 740.00 |
| 02/29/2016 | | Kyle Tauzin | 1556 Grey Lake Drive Princeton, LA 71067 | 289.56 |
| 02/29/2016 | | Lazaro Cardenas | 917 E. Calvert Ave Karnes City, TX 78118 | 700.00 |
| 02/29/2016 | | Manuel I Vasquez | 9814 Roan Lodge San Antonio, TX 78251 | 920.49 |
| 02/29/2016 | | Matthew Noack | 7133 US HWY 287 S Crockett, TX 75835 | 1,807.07 |
| 02/29/2016 | | Matthew J Schmidt | 7505 Lourdes St Corpus Christi, TX 78414 | 700.00 |
| 02/29/2016 | | Michael B. Ortiz | P O Box 1274 Odem, TX 78370 | 80.00 |
| 02/29/2016 | | Omar D Garcia | 1242 Catherine Dr Alice, TX 78332 | 700.00 |
| 02/29/2016 | | Rodney Corolla | 1539 Waterstone Pkwy Boerne, TX 78006 | 700.00 |
| 02/29/2016 | | Ruben J Rodriguez | 1004 W. Kohler St Hebbronville, TX 78361 | 740.00 |
| 02/29/2016 | | Shawn Huddleston | 707 Len Court Shreveport, LA 71104 | 700.00 |
| 02/29/2016 | | Stephen Barraza [HotShot] | 308 E. Hackberry Mathis, TX 78368 | 40.00 |
| 02/29/2016 | | Tad Wadley | 113 North Trail Sandia, TX 78383 | 1,100.52 |
| 02/29/2016 | | Trenton Schulze | 1400 Alta Vista Alice, TX 78332 | 700.00 |
| 02/29/2016 | | Weldon W Kemp | 5317 Riverview Dr Robstown, TX 78380 | 700.00 |
| 02/29/2016 | | Willie Washington | 200 West Wilkins Rd Gladewater, TX 75647 | 700.00 |
| 02/29/2016 | | Jose F Gonsalez Jr | 2154 Village Drive Milliken, CO 80543 | 700.00 |
| 02/29/2016 | | Shawn Huddleston | 707 Len Court Shreveport, LA 71104 | 70.32 |
| 02/29/2016 | | Reliant Energy | PO Box 650475 Dallas, Tx 75265-0475 | 133.96 |
| 02/29/2016 | | Green Mountain Energy | P.O. Box 328 Houston, TX 77001-0328 | 26.88 |
| 02/29/2016 | | Reliant Energy | PO Box 650475 Dallas, Tx 75265-0475 | 482.25 |
| 02/29/2016 | | | | 17.88 |
| 03/01/2016 | | John  R. Werning | 229 McSkimming Road Aspen, CO 81611 | 2,000.00 |
| 03/01/2016 | | John  R. Werning | 229 McSkimming Road Aspen, CO 81611 | 300.00 |
| 03/01/2016 | | Green Mountain Energy | P.O. Box 328 Houston, TX 77001-0328 | 116.54 |
| 03/03/2016 | | OntheClock.com | | 51.80 |
| 03/07/2016 | | DirectTv | P O Box 60036 Los Angeles, CA 90060-0036 | 76.47 |
| 03/08/2016 | | American Express | | 7,487.20 |

**F P's Completion Fluids, Inc.**
*Exhibit SOFA 3*

| Date | | Name | Name Address | Credit |
|------|--|------|--------------|--------|
| 03/15/2016 | | Aarons, Inc | 1759 Southgate Pkwy Cambridge, OH 43725 | 728.80 |
| 03/16/2016 | | Verizon Wireless | PO Box 660108 Dallas, Tx  75266-0108 | 456.69 |
| 03/17/2016 | | Office Depot | Dept.xx-xxxxxx8382 PO Box 689020 Des Moines, IA 50368-9020 | 625.19 |
| 03/18/2016 | | AT&T | P O Box 6463 Carol Stream, IL 60197-6463 | 51.91 |
| 03/24/2016 | | Xtreme Truckin, LLC | 2350 East Third Street, Suite 3 Williamsport, PA 17701 | 9,200.00 |
| 03/25/2016 | | AT&T | P O Box 6463 Carol Stream, IL 60197-6463 | 30.44 |
| 03/25/2016 | | Swepco | | 455.39 |
| 04/01/2016 | | Texas Champion Bank | | 16,810.00 |
| 04/04/2016 | | Texas Champion Bank | | 30.00 |
| 04/04/2016 | | San Patricio Electric | P.O. Drawer 400 Sinton, Tx 78387-0400 | 164.68 |
| 04/05/2016 | | DirectTv | P O Box 60036 Los Angeles, CA 90060-0036 | 76.47 |
| 04/11/2016 | | AT&T | P O Box 6463 Carol Stream, IL 60197-6463 | 30.44 |
| 04/11/2016 | | AT&T | P O Box 6463 Carol Stream, IL 60197-6463 | 30.44 |
| 04/13/2016 | | AT&T | P O Box 6463 Carol Stream, IL 60197-6463 | 2,869.95 |
| 04/13/2016 | | San Patricio Electric | P.O. Drawer 400 Sinton, Tx 78387-0400 | 427.83 |
| 04/14/2016 | | Reliant Energy | PO Box 650475 Dallas, Tx 75265-0475 | 561.44 |
| 04/20/2016 | | Shreveport H20 | | 26.30 |
| 04/21/2016 | | TXU Energy | PO Box 650638 Dallas, Texas 75265-0638 | 53.61 |
| 04/26/2016 | | Swepco | | 193.81 |
| 05/05/2016 | | DirectTv | P O Box 60036 Los Angeles, CA 90060-0036 | 76.47 |
| 03/24/2016 | | Texas Champion Bank | | 60.00 |
| 03/31/2016 | | | | 12.50 |

05/06/16

# J P S Completion Fluids, Inc.
# Payroll Transaction Detail
## May 1, 2015 through May 5, 2016

| Date | Type | Source Name | Payroll Item | Amount |
|---|---|---|---|---|
| 05/15/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 800.83 |
| | | Sergio R Garza | Social Security Company | -800.83 |
| | | Sergio R Garza | Social Security Employee | -800.83 |
| | | Sergio R Garza | Medicare Company | 187.30 |
| | | Sergio R Garza | Medicare Company | -187.30 |
| | | Sergio R Garza | Medicare Employee | -187.30 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,078.54 |
| 05/29/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 139.50 |
| | | Sergio R Garza | Social Security Company | -139.50 |
| | | Sergio R Garza | Social Security Employee | -139.50 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,739.88 |
| 06/15/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,879.38 |

# J-P S Completion Fluids, Inc.
# Payroll Transaction Detail
### May 1, 2015 through May 5, 2016

| Date | Type | Source Name | Payroll Item | Amount |
|------|------|-------------|--------------|--------|
| 06/30/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,879.38 |
| 07/15/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,879.38 |
| 07/31/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |

05/06/16

# J P'S Completion Fluids, Inc.
## Payroll Transaction Detail
### May 1, 2015 through May 5, 2016

| Date | Type | Source Name | Payroll Item | Amount |
|------|------|-------------|--------------|--------|
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,879.38 |
| | | | | |
| 08/14/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.30 |
| | | Sergio R Garza | Medicare Company | -187.30 |
| | | Sergio R Garza | Medicare Employee | -187.30 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,879.37 |
| | | | | |
| 08/31/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | -60.00 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,819.38 |
| | | | | |
| 09/15/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | -116.25 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |

# J P S Completion Fluids, Inc.
## Payroll Transaction Detail
### May 1, 2015 through May 5, 2016

| Date | Type | Source Name | Payroll Item | Amount |
|------|------|-------------|--------------|--------|
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,763.13 |
| | | | | |
| 09/30/2015 | Paycheck | Sergio R Garza | Salary - Management | 12,916.67 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | -116.25 |
| | | Sergio R Garza | Federal Withholding | -2,850.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 187.29 |
| | | Sergio R Garza | Medicare Company | -187.29 |
| | | Sergio R Garza | Medicare Employee | -187.29 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 10,763.13 |
| | | | | |
| 12/31/2015 | Paycheck | Sergio R Garza | Salary - Management | 10,000.00 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | -90.00 |
| | | Sergio R Garza | Federal Withholding | -1,693.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Company | 0.00 |
| | | Sergio R Garza | Social Security Employee | 0.00 |
| | | Sergio R Garza | Medicare Company | 145.00 |
| | | Sergio R Garza | Medicare Company | -145.00 |
| | | Sergio R Garza | Medicare Employee | -145.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 9,072.00 |
| | | | | |
| 01/15/2016 | Paycheck | Sergio R Garza | Salary - Management | 5,000.00 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -405.00 |
| | | Sergio R Garza | Social Security Company | 310.00 |
| | | Sergio R Garza | Social Security Company | -310.00 |
| | | Sergio R Garza | Social Security Employee | -310.00 |
| | | Sergio R Garza | Medicare Company | 72.50 |
| | | Sergio R Garza | Medicare Company | -72.50 |

# J P'S Completion Fluids, Inc.
## Payroll Transaction Detail
### May 1, 2015 through May 5, 2016

| Date | Type | Source Name | Payroll Item | Amount |
|------|------|-------------|--------------|--------|
| | | Sergio R Garza | Medicare Employee | -72.50 |
| | | Sergio R Garza | Federal Unemployment | 30.00 |
| | | Sergio R Garza | Federal Unemployment | -30.00 |
| | | Sergio R Garza | TX - Unemployment Company | 344.00 |
| | | Sergio R Garza | TX - Unemployment Company | -344.00 |
| | | | | 5,212.50 |
| | | | | |
| 01/29/2016 | Paycheck | Sergio R Garza | Salary - Management | 5,000.00 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -405.00 |
| | | Sergio R Garza | Social Security Company | 310.00 |
| | | Sergio R Garza | Social Security Company | -310.00 |
| | | Sergio R Garza | Social Security Employee | -310.00 |
| | | Sergio R Garza | Medicare Company | 72.50 |
| | | Sergio R Garza | Medicare Company | -72.50 |
| | | Sergio R Garza | Medicare Employee | -72.50 |
| | | Sergio R Garza | Federal Unemployment | 12.00 |
| | | Sergio R Garza | Federal Unemployment | -12.00 |
| | | Sergio R Garza | TX - Unemployment Company | 275.20 |
| | | Sergio R Garza | TX - Unemployment Company | -275.20 |
| | | | | 5,212.50 |
| | | | | |
| 02/12/2016 | Paycheck | Sergio R Garza | Salary - Management | 5,000.00 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -405.00 |
| | | Sergio R Garza | Social Security Company | 310.00 |
| | | Sergio R Garza | Social Security Company | -310.00 |
| | | Sergio R Garza | Social Security Employee | -310.00 |
| | | Sergio R Garza | Medicare Company | 72.50 |
| | | Sergio R Garza | Medicare Company | -72.50 |
| | | Sergio R Garza | Medicare Employee | -72.50 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 5,212.50 |
| | | | | |
| 02/29/2016 | Paycheck | Sergio R Garza | Salary - Management | 5,000.00 |
| | | Sergio R Garza | Expense Advance | 1,000.00 |
| | | Sergio R Garza | Medicare Employee Addl Tax | 0.00 |
| | | Sergio R Garza | Federal Withholding | -405.00 |
| | | Sergio R Garza | Social Security Company | 310.00 |
| | | Sergio R Garza | Social Security Company | -310.00 |
| | | Sergio R Garza | Social Security Employee | -310.00 |

# J P S Completion Fluids, Inc.
## Payroll Transaction Detail
### May 1, 2015 through May 5, 2016

| Date | Type | Source Name | Payroll Item | Amount |
|------|------|-------------|--------------|--------|
| | | Sergio R Garza | Medicare Company | 72.50 |
| | | Sergio R Garza | Medicare Company | -72.50 |
| | | Sergio R Garza | Medicare Employee | -72.50 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | Federal Unemployment | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | Sergio R Garza | TX - Unemployment Company | 0.00 |
| | | | | 5,212.50 |

**TOTAL**                     **137,482.95**

05/06/16

# J P S Completion Fluids, Inc.
## Non-Payroll Transactions for Sergio R Garza
### All Transactions

| Date | Amount | Employee | Memo |
|------|--------|----------|------|
| 09/24/2015 | 2,603.60 | Sergio R Garza | Expenses out of Pocket |
| 09/01/2015 | 1,500.00 | Sergio R Garza | $1500.00 September Veh Allowance |
| 08/10/2015 | 10,000.00 | Sergio R Garza | Discover Payment |
| 07/28/2015 | 8,815.84 | Sergio R Garza | PAY DOWN ON DISCOVER |
| 07/28/2015 | 1,500.00 | Sergio R Garza | $1500.00 August Veh Allowance |
| 07/24/2015 | 2,591.98 | Sergio R Garza | Expenses |
| 07/08/2015 | 2,477.85 | Sergio R Garza | $1500.00 June Veh Allowance + OP Expenses |
| 06/26/2015 | 706.49 | Sergio R Garza | Expenses out of pocket |
| 06/16/2015 | 4,181.97 | Sergio R Garza | $1500.00 June Veh Allowance + OP Expenses |
| 05/22/2015 | 5,941.14 | Sergio R Garza | Sergios OUT OF POCKET expenses |
| 05/05/2015 | 3,588.87 | Sergio R Garza | May Vehicle Allowance Plus Expenses |
| | **43,907.74** | | |

11:52 AM
05/06/16

# J-P'S Completion Fluids, Inc.
# Payroll Transaction Detail
### May 1, 2015 through May 6, 2016

| Date | Source Name | Payroll Item | Amount |
|------|-------------|--------------|--------|
| 05/15/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 800.83 |
| | Pedro Gonzales Jr. | Social Security Company | -800.83 |
| | Pedro Gonzales Jr. | Social Security Employee | -800.83 |
| | Pedro Gonzales Jr. | Medicare Company | 187.30 |
| | Pedro Gonzales Jr. | Medicare Company | -187.30 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.30 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,078.54 |
| 05/29/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 139.50 |
| | Pedro Gonzales Jr. | Social Security Company | -139.50 |
| | Pedro Gonzales Jr. | Social Security Employee | -139.50 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,739.88 |
| 06/15/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,879.38 |

# J P S Completion Fluids, Inc.
## Payroll Transaction Detail
### May 1, 2015 through May 6, 2016

| Date | Source Name | Payroll Item | Amount |
|------|-------------|--------------|--------|
| 06/30/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,879.38 |
| 07/15/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,879.38 |
| 07/31/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |

# J P S Completion Fluids, Inc.
# Payroll Transaction Detail
### May 1, 2015 through May 6, 2016

| Date | Source Name | Payroll Item | Amount |
|------|-------------|--------------|--------|
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,879.38 |
| | | | |
| 08/14/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | 0.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.30 |
| | Pedro Gonzales Jr. | Medicare Company | -187.30 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.30 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,879.37 |
| | | | |
| 08/31/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | -60.00 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,819.38 |
| | | | |
| 09/15/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | -116.25 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |

05/06/16

# J P S Completion Fluids, Inc.
## Payroll Transaction Detail
### May 1, 2015 through May 6, 2016

| Date | Source Name | Payroll Item | Amount |
|------|-------------|--------------|-------:|
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,763.13 |
| | | | |
| 09/30/2015 | Pedro Gonzales Jr. | Salary - Management | 12,916.67 |
| | Pedro Gonzales Jr. | Expense Advance | 1,000.00 |
| | Pedro Gonzales Jr. | Medicare Employee Addl Tax | -116.25 |
| | Pedro Gonzales Jr. | Federal Withholding | -2,850.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Company | 0.00 |
| | Pedro Gonzales Jr. | Social Security Employee | 0.00 |
| | Pedro Gonzales Jr. | Medicare Company | 187.29 |
| | Pedro Gonzales Jr. | Medicare Company | -187.29 |
| | Pedro Gonzales Jr. | Medicare Employee | -187.29 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | Federal Unemployment | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | Pedro Gonzales Jr. | TX - Unemployment Company | 0.00 |
| | | | 10,763.13 |
| | | | |
| | | | **107,560.95** |

2:52 PM  J P S Completion Fluids, Inc.
05/06/16

# Non-Payroll Transactions for Pedro Gonzales Jr.

### All Transactions

| Date | Amount | Employee | Memo |
|------|--------|----------|------|
| 09/30/2015 | 150.00 | Pedro Gonzales Jr. | September Cell Phone Allownance |
| 08/31/2015 | 150.00 | Pedro Gonzales Jr. | August Cell Phone Allowance |
| 07/31/2015 | 150.00 | Pedro Gonzales Jr. | July Cell Phone Allowance |
| 06/30/2015 | 150.00 | Pedro Gonzales Jr. | June Cell Allowance |
| 05/28/2015 | 150.00 | Pedro Gonzales Jr. | May Cell Phone Allowance |
| | **750.00** | | |