## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **J P S COMPLETION FLUIDS, INC.,** | § | **CASE NO. 16-51110-cag** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

### NOTICE OF CHANGE IN CREDITOR MATRIX

The Debtor's Creditor Matrix has been amended for the following reasons, as more particularly set out in Exhibit "A".

<u>XX</u>  Adding Creditors

__  Deleting Creditors

<u>XX</u> Change of Address

___  Unknown Address


Respectfully submitted,

/s/ Nathaniel Peter Holzer_____
Nathaniel Peter Holzer
State Bar No. 00793971; SD #21503
**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**
500 North Shoreline Blvd, Suite 900
Corpus Christi, TX 78401-0341
Telephone:     361.884.5678
Facsimile:     361.888.5555
Email: pholzer@jhwclaw.com
**BANKRUPTCY COUNSEL TO DEBTOR**

## EXHIBIT A

**Change of Address:**

Mathis Custom Automotive
P.O. Box 818
Mathis, TX  78368

DISA Inc.
12600 Northborough Dr., Suite 300
Houston, TX  77068

**Added Creditors:**

Aaron Gonzalez
509 S. 17th Street
Kingsville, TX 78363

Aaron J Vasquez
1204 E. Huntington
Beeville, TX 78102

Abel Martinez III
400 19th St
Palmview, TX 78572

Abel Perez
401 Holloway Ave
Raymondville, TX 78580

Adam Erebia
7806 Northwind Dr.
Corpus Christi, TX 78414

Adam J Anzaldua
3907 Merrill Ave
Odessa, TX 79764

Adolfo Bazan Jr
8317 S Carlos St
Pharr, TX 78577

Adrian Infante
P O Box 858
Premont, TX 78375

Adrian J Vallejo
1435 Minnesota Rd
Alamo, TX 78516

Adrian Suarez
2502 Dogtooth Courts
Corpus Christi, TX 78414

Agapito Avila
906 Dunbar St
Refugio, TX 78377

Alan T Behr
5088 BUS 181 N
Beeville, TX 78102

Alan Valenzuela
703 Huisache
Refugio, TX 78377

Alex M Hernandez
316 CR 3054
Orange Grove, TX 78372

Alfonso Munoz III
3338 Holly Rd #3
Corpus Christi, TX 78415

Alfred Cantu III
10533 CTR 625
Mathis, TX 78368

Alice Villarreal
P O Box 7
Three Rivers, TX 78071

Amanda Cielencki
PO Box 816
Lytle, TX 78052

Andre M Bryan
4315 South Kirkwood #104
Houston, TX 77072

Andres C Olivarez
23780 CR 1008

Mathis, TX 78368

Andres Lopez
15410 Sycamore Leaf
Cypress, TX 77429

Andrew Erebia
1802 Trenton Dr
Corpus Christi, TX 78404

Andrew Thorn
206 N Commons Way Unit B
Portland, TX 78374

Anthony E Sanchez
20 River Home Dr
Corpus Christi, TX 78410

Armando Bravo
602 San Martin
San Juan, TX 78589

Armando Elizondo Jr
146 Clock Ln
San Antonio, TX 78207

Armando Farias
13315 McBurnett
Corpus Christi, TX 78410

Arnold Galvan III
1202 W. Craig Circle
Alice, TX  78332

Arnold Jr Galvan
1202 W. Craig
Alice, TX 78332

Arturo Dimas
206 Corn St
P O Box 33
Tynan, TX 78391

 August Sailer
 10913 FM 2262
Groveton, TX 75845

Aza Hinojosa
265 CR 3073
Orange Grove, TX 78372

Baldemar Villarreal Jr
P O Box 79
Premont, TX 78375

Belen Gonzales
P O Box 994
Mathis, TX 78368

Benito Arredondo Jr
1102 E. Gramman
Beeville, TX 78102

Benito Rosalez
904 E. Pine
Mathis, TX 78368

Benito Salinas
1009 Nevada St
 Mathis, TX 78368

Bennie L Bain
21 Boise D Arc Rd
Rockport, TX 78382

Bernardo Perez
1812 Agarito St
Alice, TX 78332

Bobby L Tolentino
611 E. Viggie
Hebbronville, TX 78361

Bobby L Woodall
512 Meta St.
Sandia, TX 78383

Bradly R Willard
16923 FM 139
Shelbyville, TX 75973

Brian Martinez

1201 Yosemite
Beeville, TX 78102

Brian Scott
10338 Emerald Trail
Houston, TX 77070

Brion P Hunsaker
5501 Raincrest Dr
McKinney, TX 75071

Bryan B Pierce
2613 Ormand Pl
Bossier City, LA 71111

Carl Davis Jr
402 Clarance McQueen Rd
Camden, TX 75934

Carl E Barker
1803 Fargo Drive
Fayetteville, NC 28304

Carlos Montemayor
101 S. Tovar St
San Diego, TX 78384

Carmel Martinez
3544 Angelita Drive
Odem, TX 78370

Casey Campbell
574 Woodland Park Rd.
Stonewall, LA 71078

Casey D. Herron
508 S. Harrison St
Stuart, IA 50250

Cathy Jo Suarez
14558 FM 3089
Sinton, TX 78387

Chad A Davis
8168 Myrtlewood
Greenwood, LA 71033

Charles Duff
2718 Vancouver
Corpus Christi, TX 78414

Charles Epps
2306 Buford St
Corpus Christi, TX 78405

Charles Francis
3826 Brookhill Dr
Corpus Christi, TX 78410

Charles Hall
673 Crippen Rd.
Huntington, TX 75949

Charles T Silvas
6022 Oriental Avenue
Corpus Christi, TX 78414

Christopher Brown
807 Magnolia St
Refugio, TX 78377

Christopher Castillo
207 E. Jeter
Refugio, TX 78377

Christopher R Lopez
3806 San Roque Crk Dr
Corpus Christi, TX 78410

Christopher Simmons
P O Box 1233
Orange Grove, TX 78372

Christopher Siprian
P O Box 616
reer, TX 78357

Christopher Veliz
500 W. Freeman APT# 3
Mathis, TX 78368

Christopher Wells
19674 County Road 172
Flint, TX 75762

Claro Lopez
311 Rose St
Yoakum, TX 77995

Claudio R Cisneros
11402 Willowood Creek
Corpus Christi, TX 78410

Claudio Veliz Jr
P O Box 272
Mathis, TX 78368

Cody M Labat
906 Dunbar St
Refugio, TX 78377

Colby Brock
252 Patton Ln
Sandia, TX 78383

Collins R Ganson
602 Tutt Ave
Taft, TX 78390

Conor M Gerrity
1168 Oakwood Ln
Westerville, OH 43081

Cordero Howard
6742 Keithville Springridge Rd
Keithville, LA 71047

Cory Petersen
138 West Lane
Sandia, TX 78383

Cory W Labat
1701 Ennis Joslin Rd Apt # 917
Corpus Christi, TX 78412

Coye Baker
6612 Orchard Ave
Edinburg, TX 78542

Crecensio Acuna
1237 Calle San Lucas
Corpus Christi, TX 78417

Cuauhtemoc Haro
P O BOX 804
Orange Grove, TX 78372

Cyclone Supply Company
524 River St.
Dover, OH  44622

Dakota Sims
4273 Clear Fork Dr
Corpus Christi, TX 78410

Daniel Corona
308 N. Seguin St
San Diego, TX 78384

Daniel Davila
4401 Weiskopf Ln
Corpus Christi, TX 78413

Daniel E Sanchez
1901 Villegas
Alice, TX 78332

Daniel Narvaez
412 W FM Rd 1418
Falfurrias, TX 78355

Daniel Salazar
704 Gracia Street
George West, TX 78022

Danny Herrera
215 First St
Tynan, TX 78391

Darin Osborn
918 McDonald Street #7

Corpus Christi, TX 78418

Darren Berg
2461 W 42nd
Casper, WY 82604

David Almaraz
1103 Dewey
Alice, TX 78332

David J Bryson
1036 East 4th Street
Alice, TX 78332

David Medrano
P O Box 1172
Orange Grove, TX 78372

David Moreno
110 S. Live Oak
Mathis, TX 78368

David Watkins
57741 Benjamin Rd
Slidell, LA 70460

Debra G. Barraza
308 E. Hackberry
Mathis, TX 78368

Demetrio Alvarez
242 Davids Rd
Taft, TX 78390

Dennis Vasquez
1204 E. Huntington
Beeville, TX 78102

Derald W Torno
110 Broken Arrow
Sandia, TX 78383

Derek Cotrone
P O Box 2508
Trinity, TX 75862

Desantos Doomes
215 W Bailey
Refugio, TX 78377

Devin R Saenz
6 Villanueva Ln
Rio Grande City, TX 78582

Dexter Williams
5985 US Hwy 79 N
Deberry, TX 75639

Diamante Luera
103 E North Ave
San Diego, TX 78384

Dustin Allen
9435 Normandie Dr
Shreveport, LA 71118

Dustin Hegge
14026 Burke Forest Dr
Houston, TX 77070

Dylan Buckner
10914 Stacy Lane
Corpus Christi, TX 78410

Dylan J Anzaldua
2900 A lexington
Beeville, TX 78102

Eddy Lillis
16018 Northwest Blvd
Robstown, TX 78380

Eduardo Bernal
924 W Avenue F
Kingsville, TX 78363

Edward Chairez
2933 Aspen Ave
Greeley, CO 80631

Eli M Crawford
P O Box 894

Groveton, TX 75845

Enrique Sanchez
82 N. Highland Dr
Sanger, TX 76266

Eric L Helton
3423 Windmill Ct
Evans, CO 80620

Ernest J Mason
258 FM 136
Woodsboro, TX 78393

Estela Wall
P O Box 155
Sandia, TX 78383

Estevan Ayala
303 E. Hackberry
Mathis, TX 78368

Eugenio V Perez
707 Moreno
Mathis, TX 78368

Fermin Tiblier
2117 Suarez
Alice, TX 78332

Fernando Trevino Jr
P O Box 254
Premont, TX 78375

Francisco M Ovalle
11926 Black Peak Dr
Corpus Christi, TX 78410

Fred Velasquez
2235 Rosita Valley Rd
Eagle Pass, TX 78852


Gabriel Soliz
5997 Yucca Trail

Beeville, TX 78102

George Moron
300 Concho Street
Tynan, TX 78391

Gerald Hall
P O Box 1412
Groveton, TX 75845

Gerardo Guerrero
10500 Mile 1 1/2 E
Mercedes, TX 78570

Gilbert Gonzales
153 Fairgrounds Rd
Refugio, TX 78377

Gilbert Hughes
P O Box 615
San Diego, TX 78384

Gilbert Mendieta II
618 Philomena
Corpus Christi, TX 78412

Gilbert Olivarez
701 East Huntington
Beeville, TX 78102

Gonzalo Y Quintero III
2727 Lamar St
Corpus Christi, TX 78405

Gregorio Martinez Jr
311 Main Street
Odem, TX 78370

Gregorio V Martinez
P O Box 1565
Odem, TX 78370

Guadalupe Marin
P O Box 984
Odem, TX 78370

Guillermo Perez
14510 Clementine Court
San Antonio, TX 78254

Henry Everett
P O Box 1813
San Diego, TX 78384

Imelda Vasquez
218 E. CR 303
Orange Grove, TX 78372

Isaac Salinas
10665 IH 37 Access Rd
Mathis, TX 78368

Isidoro D Covarrubia
4309 Tumbleweed Trail
Midland, TX 79707

Israel Pena
407 Olive Street
Orange Grove, TX 78372

Jackie L Finke
400 John Wesley Blvd. Apt.#143
Bossier City, LA 71112

Jacob Perez
1004 W. San Patricio
Mathis, TX 78368

James S Harvey
907 N. Arkansas Street
Springhill, LA 71075

James Wilkinson
259 CR 4614
Castroville, TX 78009

Jamie Warren
18861 FM 850
Arp, TX 75750

Jared M Gonzales
405 N. Indianola

Cuero, TX 77954

Jason Avery
10607 Hwy 287 S
Pennington, TX 75856

Jason Rosales
107 Moffitt St
Yoakum, TX 77995

Javier Gil
P O BOX 988
Orange Grove, TX 78372

Javier Soliz
P O Box 702
San Diego, TX 78384

Jed H Brown
306 Olympic
Portland, TX 78374

Jeffery A Schmidt
16845 W. Maglitto Circle
Tomball, TX 77377

Jeffrey Alonge
6229 Hartack Cir
Corpus Christi, TX 78417

Jeffrey January
1814 E. FM 624
Orange Grove, TX 78372

Jesse Jimenez
18221 Gomez Rd
Odem, TX 78370

Jesus DeLeon
115 W. Mesquite
Mathis, TX 78368

Jesus Ortiz
307 CR 160
Alice, TX 78332

Jesus Ramon
901 Martinez St
Robstown, TX 78380

Jimmy W Nava
4266 Hackberry St
Mathis, TX 78368

Joe R Stacy
502 E. Viggo St
Hebbronville, TX 78361

Joe Waggoner
169 Quail Trail
Stonewall, LA 71078

Joel Garcia
5505 Warbonnet
Robstown, TX 78380

Joel Liserio
106 S. Seventh Street
Mathis, TX 78368

John Almanza
242 Davis Rd
Taft, TX 78390

John Amparano
468 CR 3073
Orange Grove, TX 78372

John J Mihall
106 Luke Park Circle
Mathis, TX 78368

John P Moreno
3325 Hampton Dr
Corpus Christi, TX 78414

Jole Niemann
149 Stehle Rd
Goliad, TX 77963

Jonathan Carter
3625 Green Gordon Rd

Aliquuippa, PA 15001

Jonathan Juarez
4009 Seymour Apt #2
Laredo, TX 78041

Jonathan W Morgan
241 Starboard Circle
Gun Barrel City, TX 75147

Jose D Cavazos
1715 Triangle Dr
Alice, TX 78332

Jose DeLeon
4702 Ranch Rd
Robstown, TX 78380

Jose Delgado Jr
5412 McAllen Ln
Zapata, TX 78076

Jose F Gonsalez Jr
2154 Village Drive
Milliken, CO 80543

Jose J Esquivel
100 W. Ave F
Robstown, TX 78380

Jose L Zavala
176 Brown Lane
Mathis, TX 78368

Jose Luna Jr
2721 Nogales
Corpus Christi, TX 78405

Jose R Cruz
111 Escobar
Alice, TX 78332

Jose R Galvan
406 W. King Ave
San Diego, TX 78384

Jose Yepez
1118 Co Rd 336
Alice, TX 78332

Joseph Dobbs
12 Pleasant Ridge Sub
Laurel, MS 39443

Joseph Pilcher
638 Lesa Ln
Stonewall, LA 71078

Joseph R Soliz
152 Snow Owl Hollow
Buda, TX 78610

Joshua A. Nutter
4560 Greenwood Mooringsport Rd
Greenwood, LA 71033

Joshua Garces
11645 Blanchard
Atascosa, TX 78002

Joshua Pena
609 E. Plasuela
Refugio, TX 78377

Joshua R Johnson
108 Russell Farm Rd
Ruston, LA 71270

Juan A Ramirez
5406 Nevera Loop
Laredo, TX 78043

Juan B Flores III
811 E. St Charles Ave
San Diego, TX 78384

Juan J Gomez
212 S. Rigma
Hebbronville, TX 78361

Juan M Diaz Jr
4645 Ocean Dr. Apt 9F

Corpus Christi, TX 78412

Juan Pacheco
508 Rachel St.
P O  Box 115
Odem, TX 78370

Juan Zambrano (EMP)
P O Box 248
Mathis, TX 78368

Julian H Segura
2228 E Mile 11 N
Weslaco, TX 78596

Justin A Golla
2441 Hwy 1069 N Apt#2
Aransas Pass, TX 78336

Justin K Wars
P O Box 21
Groveton, TX 75845

Justin Whitmire
222 Youpon Street
Pineland, TX 75968

Karen K Mason
P O Box 1095 531 Walnut Drive
Bellville, TX 77418

Keene Palacios
1103 N. Juarez St
Rio Grande City, TX 78582

Kyle Everett
1641 Nile Dr. Apt No. 222
Corpus Christi, TX 78412

Kyle Tauzin
1556 Grey Lake Drive
Princeton, LA 71067

Lamar Dale
14 Meadow Oaks Ct
N Little Rock, AR 72118

Lazaro Cardenas
917 E. Calvert Ave
Karnes City, TX 78118

Leopoldo Perez
702 W. Collins
San Diego, TX 78384

Leticia Lopez
8911 Mcpherson Rd #4D
Laredo, TX 78045

Lionel Rodriguez
402 E. Gray
San Diego, TX 78384

Lonnie Edwards
1707 Aquarena Springs Dr. # 214
San Marcos, TX 78666

Louis Espinoza
1000 East Cain
Mathis, TX 78368

Louis H Espinoza
302 Palm Tree Dr
Mathis, TX 78368

Lucas Nieto
10593 IH 37
Mathis, TX 78368

Magdaleno Sandoval
109 N. Perez
Mathis, TX 78368

Manuel I Vasquez
9814 Roan Lodge
San Antonio, TX 78251

Manuel Ramirez
P O Box 23
Bruni, TX 78344

Marco D Gonzalez

P O Box 313
Falfurrias, TX 78355

Marcos O Cadena
2669 Calle Principal
Mesilla, NM 88046

Marcus Young
7433 Hwy 84
Mansfield, LA 71052

Matthew Cuellar
415 S. Nueces
Mathis, TX 78368

Matthew J Schmidt
7505 Lourdes St
Corpus Christi, TX 78414

Matthew Noack
7133 US HWY 287
S Crockett, TX 75835

Maximo Trejo
P O Box 1858
Bandera, TX 78003

Melodie Wallace
23072 CR 1092
Mathis, TX 78368

Michael B. Ortiz
P O Box 1274
Odem, TX 78370

Michael Colvin
4607 Timberglen Rd Apt# 2718
Dallas, TX 75287

Michael Delgado
P O Box 1781
Beeville, TX 78104

Michael Hughes
2209 Bobby K Marks Dr
 Huntsville, TX 77340

Michael Hutchins
12530 Sableleaf Dr
Cypress, TX 77429

Michael J Lozano
1029 Illinois St
Robstown, TX 78380

Michael Jacobe
802 Princeton Ave
Bossier City, LA 71112

Michael Moreno
214 N. Atascosa St
Mathis, TX 78368

Michael Perez
606 Vaky Street
Corpus Christi, TX 78404

Michael W Tolentino
4217 Canyon St
Corpus Christi, TX 78410

Michelle J Parkin
805 Hamilton
Sinton, TX 78387

Miguel A. Rivera Jr
1812 Alamo St
Zapata, TX 78076

Miguel Trevino
840 Cliff Dr
Portland, TX 78374

Mike A Garcia
2487 Wofford Lane
Beeville, TX 78104

Mitchell W Domingue
17655 Henderson Pass #632
San Antonio, TX 78232

Moses Aguilar

P O Box 1126
Orange Grove, TX 78372

Nathan Wilson
431 Slattery Blvd
Shreveport, LA 71104

Nicholas Flores
5816 CR 101
Sandia, TX 78383

Nicolas Bazan
1740 N FM 738
Orange Grove, TX 78372

Noel Martinez
107 N. Archer
Beeville, TX 78102

Omar D Garcia
1242 Catherine Dr
Alice, TX 78332

Orlando Cantu
716 E. Dove St
San Juan, TX 78589

Orlando Lazos Jr
1136 CR 336
Alice, TX 78332

Oscar Hernandez
705 Lopez St
George West, TX 78072

Ovidio Guerra
1212 N. Hickory
Hebbronville, TX 78361

Patrick A Taylor
115 Sierra Trail
Justin, TX 76247

Paul R Villanueva
3768 S. Port Ave
Corpus Christi, TX 78415

Pedro Garcia
3208 W. Magnolia Elms Dr
Pearland, TX 77584

Quantrell Walker
237 Pilgrim Rest Rd
Doyline, LA 71023

Ralph D Garcia
501 Daffodil
McAllen, TX 78501

Ramiro Jr Barron
857 Quetzal #2
Corpus Christi, TX 78418

Ramon Garcia
613 E. Avenue G
Robstown, TX 78380

Ramon Garza
4641 Cosner Dr
Corpus Christi, TX 78415

Ramon Sandoval
105 N. 8th Street
Mathis, TX 78368

Randy Harvey
207 East Jeter
Refugio, TX 78377

Randy Jimenez
1728 Ave B
Mathis, TX 78368

Randy Martinez
206 Elaine Rd. Apt. B
San Antonio, TX 78222

Raul Castillo
316 Retama Dr.
Robstown, TX 78380

Ray King

511 Dunbar St
Refugio, TX 78377

Ray T Warner
806 Winchester Drive
Fort Collins, CO 80524

Raymond A Mayle
93 Butterbean Ridge Rd
Philo, OH 43771

Raymond Flores
319 Ave C
Taft, TX 78390

Raymond Tolentino
3800 Perrin-Central Apt # 322
San Antonio, TX 78217

Rene Rubalcava
P O Box 1085
San Diego, TX 78384

Rene Rubalcava Jr.
207 West 1st
San Diego, TX 78384

Reyes Livar
21316 CR 798
Mathis, TX 78368

Reyes R Silguero Jr
P O Box 501
1312 W. Viggo
Hebbronville, TX 78361

Reynaldo R Sanchez
301 West King Street
Alice, TX 78332

Ricardo H Burrell
20318 Rice Wood Village Trail
Katy, TX 77449

Ricardo Munoz
P O Box 1484

Orange Grove, TX 78372

Richard Beardsley
8891 Sugarland Dr Apt# 12201
Shreveport, LA 71115

Richard Bradley
2920 2nd Street
Pleasanton, TX 78064

Richard E Lee
365 Co Rd. 373
Sandia, TX 78383

Richard Echavarria
319 N. Bee
Mathis, TX 78368

Ricky Rodriguez
1415 Birdlane
Beeville, TX 78102

Rito Sanchez
P O Box 2206
Orange Grove, TX 78372

Robert S Murphy
541 CR 102
Floresville, TX 78114

Robert Vasquez Jr
P O Box 1974
Orange Grove, TX 78372

Rocky F Eyler
2733 Summer Ridge
Corpus Christi, TX 78414

Rodney Corolla
1539 Waterstone Pkwy
Boerne, TX 78006

Rodolfo Jr Olivarez
11606 CR 647
Mathis, TX 78368

Rodrigo Tarango Jr
P O Box 635
Freer, TX 78357

Roel E Trejo
1146 Lucero Street
Alice, TX 78332

Rolando Cadena
186 CR 446
Alice, TX 78332

Ross T Jurecek
4021 Woodriver Dr
Corpus Christi, TX 78410

Ruben Gonzalez Jr
305 Jennifer Loop # 13
Orange Grove, TX 78372

Ruben Gutierrez
106 A. Irene St
Sandia, TX 78373

Ruben J Rodriguez
1004 W. Kohler St
Hebbronville, TX 78361

Ruben Lopez
290 County Rd 3053
Orange Grove, TX 78372

Ruby R Rodriguez
506 S. Rio
Mathis, TX 78368

Rusty Eichman
4725 Vail St
Corpus Christi, TX 78413

Ryan Marin
134 E. Humphries
P O Box 984
Odem, TX 78370

Samuel Olivarez
2628 Old St Marys Rd
Beeville, TX 78102

Santander Consumer USA, Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX  76161

Santos Ramirez
P O Box 6004
Corpus Christi, TX 78466

Sergio Laurel
P O Box 121
Linn, TX 78563

Shawn Huddleston
707 Len Court
Shreveport, LA 71104

Shelton R LeBlanc
6610 Chantalle Dr
Katy, TX 77449

Simon Benavides III
6711 Enchanted Crest Dr
Katy, TX 77449

Stanley Walker
4723 Branching Bay
San Antonio, TX 78259

Stephanie M Pena
10201 Shane Dr. Unit A
Corpus Christi, TX 78410

Stephen Barraza
308 E. Hackberry
Mathis, TX 78368

Steve Cantu Jr
711 Glen Oak Dr. Apt. 806
Corpus Christi, TX 78418

Steve Martinez

1810 Emily Dr.
Beeville, TX 78102

Steven Bourque
3906 Scenic Dr
Shreveport, LA 71119

Steven Graham
10320 Upriver Rd
Corpus Christi, TX 78410

Tad Wadley
113 North Trail
Sandia, TX 78383

Tanner Hobbs
P O Box 65693
Lubbock, TX 79464-5693

Taylor Shoemake
225 Wise Ave
Orange Grove, TX 78372

Timothy Thorn
7100 CR 4167
Taft, TX 78390

Tomas S  Ybarra
1002 S. Bluebonnet
Mathis, TX 78368

Trenton Schulze
1400 Alta Vista
Alice, TX 78332

Victor Ballez
925 Nandina
Corpus Christi, TX 78409

Vincent Sarate
P O Box 600
Banquete, TX 78339

Waylon G Smith
6525 Poverty Ridge Rd
Blue Rock, OH 43720

Weldon W Kemp
5317 Riverview Dr
Robstown, TX 78380

Wendy Moore
8711 Dew Ridge
Boerne, TX 78015

William G Shrout
910 Fasken Blvd Apt# 2327
Laredo, TX 78045

Willie Washington
200 West Wilkins Rd
Gladewater, TX 75647

Winston Brown
2501 E. Mockingbird Lane Apt# 3201
Victoria, TX 77904

Zachary D Hammond
2316 Armstrong
Aransas Pass, TX 78336